1  Paul Andre (State Bar. No. 196585)
   Lisa Kobialka (State Bar No. 191404)
2  James Hannah (State Bar No. 237978)
   KRAMER LEVIN NAFTALIS & FRANKEL LLP
3  990 Marsh Road
   Menlo Park, CA  94025
4  Telephone: (650) 752-1700
   Facsimile: (650) 752-1800
5  pandre@kramerlevin.com
   lkobialka@kramerlevin.com
6  jhannah@kramerlevin.com

7  Attorneys for Plaintiff Finjan, Inc.

8  QUINN EMANUEL URQUHART & SULLIVAN, LLP
     Sean Pak (Bar No. 219032)
9     seanpak@quinnemanuel.com
   50 California Street, 22nd Floor
10 San Francisco, California  94111-4788
   Telephone:    (415) 875-6600
11 Facsimile:    (415) 875-6700

12 Attorney for Symantec Corporation

13

14                 UNITED STATES DISTRICT COURT

15     NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

16

17 Finjan, Inc.,                          CASE NO. 3:14-cv-02998-RS

18            Plaintiff,                   **STIPULATION AND [~~PROPOSED~~]
                                           ORDER GRANTING SYMANTEC
19     vs.                                 LEAVE TO AMEND ITS ANSWER**

20 Symantec Corp.,
                                           Judge:    Hon. Richard Seeborg
21            Defendant.

22

23        WHEREAS, Plaintiff Finjan, Inc. ("Finjan") filed its Amended Complaint in this action on

24 September 11, 2014;

25        WHEREAS, Defendant Symantec Corp. ("Symantec") filed its Answer and Counterclaims

26 on September 25, 2014;

27        WHEREAS, Finjan filed a Motion to Strike Symantec's Fourteenth Affirmative Defense

28 on October 16, 2014 ("Motion to Strike") (Dkt. No. 40);

1      WHEREAS, subject to the Court's approval, Finjan and Symantec agree that Symantec

2   may file the Amended Answer and Counterclaims attached hereto as Exhibit A, and that upon

3   such filing, Finjan will withdraw its Motion to Strike;

4      WHEREAS, Finjan and Symantec also agree that Symantec has not waived any rights by

5   amending its answer and that Symantec expressly reserves the right to seek leave of the Court to

6   amend Symantec's answer to assert affirmative defenses under the doctrines of waiver, unclean

7   hands, equitable estoppel, laches and/or other equitable defenses;

8      WHEREAS Symantec has not previously sought leave of the Court in this action to amend

9   its Answer; and

10      WHEREAS, the Amendment will not affect the Court's schedule

11      NOW THEREFORE IT IS HEREBY STIPULATED by the parties, that Symantec may

12   file the Amended Answer attached as Exhibit A.

13
                           Respectfully submitted,

14                         By: /s/_____

15                             Paul Andre (State Bar. No. 196585)
                               Lisa Kobialka (State Bar No. 191404)
16                             James Hannah (State Bar No. 237978)
                               KRAMER LEVIN NAFTALIS & FRANKEL LLP
17                             990 Marsh Road
                               Menlo Park, CA  94025
18                             Telephone: (650) 752-1700
                               Facsimile: (650) 752-1800
19                             pandre@kramerlevin.com
                               lkobialka@kramerlevin.com
20                             jhannah@kramerlevin.com

21                         Attorneys for Plaintiff
                           FINJAN, INC.

22
                           Respectfully submitted,
23
                           By: /s/_____
24
                               Sean Pak (Bar No. 219032)
25                             seanpak@quinnemanuel.com
                                QUINN EMANUEL URQUHART &
26                             SULLIVAN, LLP
                               50 California Street, 22nd Floor
27                             San Francisco, California  94111-4788
                               Telephone:      (415) 875-6600
28                             Facsimile:(415) 875-6700

STIPULATION AND PROPOSED ORDER GRANTING SYMANTEC LEAVE TO AMEND ITS ANSWER

1

2                              David A. Nelson (*pro hac vice*)
davenelson@quinnemanuel.com

3                              QUINN EMANUEL URQUHART &
SULLIVAN, LLP

4                              500 West Madison Street, Suite 2450
Chicago, IL 60661

5                              Telephone: (312) 705-7400
Facsimile: (312) 705-7401

6

7                              Alexander Rudis (*pro hac vice*)
alexanderrudis@quinnemanuel.com

8                              QUINN EMANUEL URQUHART &
SULLIVAN, LLP

9                              51 Madison Avenue, 22nd Floor
New York, NY 10010

10                           Telephone: (212) 849-7000
Facsimile: (212) 849-7100

11                           Attorneys for Defendant
SYMANTEC INC.

12

13                  I hereby attest pursuant to Civil Local Rule 5-1(i) that concurrence in the electronic filing

14  of this document has been obtained from the other signatories.

15

16

17                              /s/ _____

18

19  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

20  Symantec shall file their Amended Answer within five days of the date of this Order.

21  DATED: _10/31/14_____

22                              HON. RICHARD SEEBORG
U.S. DISTRICT COURT JUDGE

23

24

25

26

27

28