# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| FINJAN, INC., a Delaware Corporation, | Case No.: 14-cv-02998-RS |
| Plaintiff, | **[PROPOSED] ORDER REGARDING THE PARTIES' STIPULATION FOR CONTINUATION OF THE SETTLEMENT CONFERENCE** |
| v. | |
| SYMANTEC CORP., a Delaware Corporation, | |
| Defendant. | |

Having carefully considered the Parties' Stipulation for Continuation of the Settlement Conference and the accompanying declaration, this Court **GRANTS** the requested relief.  The Settlement Conference is rescheduled from February 4, 2015 to March 6, 2015 at 10:00 a.m.

**IT IS SO ORDERED.**

Dated:   1/22/15                              _/s/ Kandis Westmore_

HONORABLE KANDIS WESTMORE
UNITED STATES MAGISTRATE JUDGE

03869.00006/6465052.1

PROPOSED ORDER                              CASE NO. 14-cv-02998-RS