PAUL J. ANDRE (State Bar No. 196585)
pandre@kramerlevin.com
LISA KOBIALKA (State Bar No. 191404)
lkobialka@kramerlevin.com
JAMES HANNAH (State Bar No. 237978)
jhannah@kramerlevin.com
HANNAH LEE (State Bar No. 253197)
hlee@kramerlevin.com
KRAMER LEVIN NAFTALIS
  & FRANKEL LLP
990 Marsh Road
Menlo Park, CA  94025
Telephone:  (650) 752-1700
Facsimile:  (650) 752-1800

*Counsel for Plaintiff*
FINJAN, INC.

SEAN PAK (State Bar No. 219032)
seanpak@quinnemanuel.com
QUINN EMANUEL URQUHART
  & SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, California  94111-4788
Telephone:  (415) 875-6600
Facsimile:  (415) 875-6700

ALEXANDER RUDIS (*pro hac vice*)
alexanderrudis@quinnemanuel.com
KATE CASSIDY (*pro hac vice*)
katecassidy@quinnemanuel.com
QUINN EMANUEL URQUHART
  & SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, NY  10010
Telephone:  (212) 849-7000
Facsimile:  (212) 849-7100

*Counsel for Defendant*
SYMANTEC CORPORATION

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| FINJAN, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>SYMANTEC CORP., a Delaware Corporation,<br><br>Defendant. | Case No.: 14-CV-02998-HSG<br><br>**STIPULATION AND ORDER GRANTING LEAVE TO SUPPLEMENT INFRINGEMENT AND INVALIDITY CONTENTIONS** |

STIPULATION AND [PROPOSED] ORDER GRANTING
LEAVE TO SUPPLEMENT INFRINGEMENT
AND INVALIDITY CONTENTIONS

Case No.: 14-CV-02998-HSG

Pursuant to Patent Local Rule 3-6, Civil Local Rules 6-1(b), 6-2, and 7-12, Plaintiff Finjan, Inc. ("Finjan") and Defendant Symantec Corporation ("Symantec") (collectively, "the Parties"), by and through their respective counsel, hereby stipulate to the following request for leave to amend the infringement and invalidity contentions served under Patent Local Rule 3-6:

WHEREAS, pursuant to Patent Local Rule 3-1 and the parties' agreement (Dkt. No. 46), Finjan served its disclosure of asserted claims and infringement contentions ("Infringement Contentions") on December 4, 2014;

WHEREAS, Finjan asserts that the Infringement Contentions comply with the Patent Local Rules, and Symantec contends they do not;

WHEREAS, Finjan and Symantec met and conferred from January 28, 2015 to March 2, 2015 and agreed to the following to avoid motion practice: (a) Finjan may supplement its Infringement Contentions by April 23, 2015, and (b) to the extent that Finjan's supplemental infringement contentions provide new or different interpretation of the asserted claims, Symantec may supplement its invalidity contentions by June 8, 2015;

WHEREAS, Finjan served requests for production on September 16, 2014 and Symantec's production of certain confidential documents and source code relating to the accused products began on January 30, 2015 with its Patent Local Rule 3-4 production and is ongoing;

WHEREAS, fact discovery is ongoing in this case and no depositions have been taken to date,

WHEREAS, the Court has not yet construed the claims nor set a deadline for the close of fact discovery (Dkt. No. 63);

WHEREAS, neither Finjan nor Symantec have previously sought leave from the Court to amend their infringement or invalidity contentions;

WHEREAS, the requested leave should not have any material effect on the remaining schedule

STIPULATION AND [PROPOSED] ORDER GRANTING    Case No.: 14-CV-02998-HSG
LEAVE TO SUPPLEMENT INFRINGEMENT
AND INVALIDITY CONTENTIONS

in this case;

WHEREAS, in light of the foregoing, the Parties agreed that there is good cause for Finjan to supplement its Infringement Contentions by April 23, 2015, and for Symantec to supplement its invalidity contentions to the extent the Amended Infringement Contentions provide new or different interpretation of the asserted claims;

NOW THEREFORE, the Parties hereby stipulate to and request an order granting Finjan leave to amend its infringement contentions by April 23, 2015, and Symantec leave to supplement its invalidity contentions by June 8, 2015 to the extent that Finjan's supplemental infringement contentions provide new or different interpretation of the asserted claims.

**IT IS SO STIPULATED.**

Respectfully submitted,

Dated: April 15, 2015

*/s/ Hannah Lee*
Paul J. Andre (State Bar No. 196585)
Lisa Kobialka (State Bar No. 191404)
James Hannah (State Bar No. 237978)
Hannah Lee (State Bar No. 253197)
KRAMER LEVIN NAFTALIS
  & FRANKEL LLP
990 Marsh Road
Menlo Park, CA  94025
Telephone:  (650) 752-1700
Facsimile:  (650) 752-1800
pandre@kramerlevin.com
lkobialka@kramerlevin.com
jhannah@kramerlevin.com
hlee@kramerlevin.com

*Counsel for Plaintiff*
FINJAN, INC.

STIPULATION AND [~~PROPOSED~~] ORDER GRANTING       Case No.: 14-CV-02998-HSG
LEAVE TO SUPPLEMENT INFRINGEMENT
AND INVALIDITY CONTENTIONS

|   |   |
|---|---|
| | Respectfully submitted, |
| Dated: April 15, 2015 | */s/ Kate Cassidy* |
| | Alexander Rudis (*pro hac vice*) |
| | Kate Cassidy (*pro hac vice*) |
| | QUINN EMANUEL URQUHART |
| |   & SULLIVAN, LLP |
| | 51 Madison Avenue, 22nd Floor |
| | New York, NY  10010 |
| | Telephone:  (212) 849-7000 |
| | Facsimile:  (212) 849-7100 |
| | alexanderrudis@quinnemanuel.com |
| | katecassidy@quinnemanuel.com |
| | |
| | Sean Pak (State Bar No. 219032) |
| | QUINN EMANUEL URQUHART |
| |   & SULLIVAN, LLP |
| | 50 California Street, 22nd Floor |
| | San Francisco, California  94111-4788 |
| | Telephone:  (415) 875-6600 |
| | Facsimile:  (415) 875-6700 |
| | seanpak@quinnemanuel.com |
| | |
| | David A. Nelson (*pro hac vice*) |
| | QUINN EMANUEL URQUART |
| |   & SULLIVAN, LLP |
| | 500 West Madison Street, Suite 2450 |
| | Chicago, IL 60661 |
| | Telephone:  (312) 705-7400 |
| | Facsimile:  (312) 705-7401 |
| | davenelson@quinnemanuel.com |
| | |
| | *Counsel for Defendant* |
| | SYMANTEC CORPORATION |

## **ATTESTATION PURSUANT TO L.R. 5-1(I)**

In accordance with Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from any other signatory to this document.

*/s/ Hannah Lee*
Hannah Lee

STIPULATION AND [PROPOSED] ORDER GRANTING                          Case No.: 14-CV-02998-HSG
LEAVE TO SUPPLEMENT INFRINGEMENT
AND INVALIDITY CONTENTIONS

**ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

There being a showing of good cause based on the Parties' stipulation, Finjan, Inc. may supplement its infringement contentions by April 23, 2015, and Symantec Corp. may supplement its invalidity contentions by June 8, 2015 to the extent that Finjan's supplemental infringement contentions provide new or different interpretation of the asserted claims .

DATED:  April 16, 2015

_____
The Honorable Haywood S. Gilliam, Jr.
United States District Judge