UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FINJAN, INC.,<br><br>        Plaintiff,<br><br>    v.<br><br>SYMANTEC CORP.,<br><br>        Defendant. | Case No. 14-cv-02998-HSG<br><br>**ORDER SETTING TECHNOLOGY TUTORIAL AND CLAIM CONSTRUCTION HEARING DATES**<br><br>Re: Dkt. No. 75 |

Under the operative case schedule in this action, the Technology Tutorial is set for June 3, 2015 and the Claim Construction Hearing is set for June 17, 2015. *See* Dkt. No. 73. On May 8, 2015, Plaintiff Finjan, Inc. and Defendant Symantec Corp. jointly requested that the Court move both the tutorial and the hearing to June 30, 2015 given an unavoidable conflict precluding Symantec's counsel from attending the Technology Tutorial on June 3, 2015. *See* Dkt. No. 75. The Court will reset the technology tutorial and claim construction hearing as follows:

    <u>Technology Tutorial</u>:        June 17, 2015 at 10:00 a.m. (1.5 hour maximum)

    <u>Claim Construction Hearing</u>:    June 29, 2015 at 1:00 p.m. (3 hour maximum)

**IT IS SO ORDERED.**

Dated: 5/12/2015

                                            HAYWOOD S. GILLIAM, JR.
                                            United States District Judge