UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Before The Honorable Haywood S. Gilliam, Jr., Judge

| | | |
|---|---|---|
| FINJAN, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| VS. | ) | **NO. C 14-2998-HSG** |
| | ) | |
| SYMANTEC CORP., | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

San Francisco, California
Wednesday, June 17, 2015

**TRANSCRIPT OF PROCEEDINGS**

**APPEARANCES**:

For Plaintiff:

KRAMER, LEVIN, NAFTALIS & FRANKEL, LLP
990 Marsh Road
Menlo Park, CA  94025
BY:  **JAMES R. HANNAH, ATTORNEY AT LAW**
**HANNAH LEE, ATTORNEY AT LAW**

For Defendant:

QUINN, EMANUEL, URGUHART & SULLIVAN
500 W. Madison
Suite 2450
Chicago, IL  60661
BY:  **DAVID A. NELSON, ATTORNEY AT LAW**
**NATHAN HAMSTRA, ATTORNEY AT LAW**

QUINN, EMANUEL, URQUHART & SULLIVAN
51 Madison Avenue
22nd Floor
New York, NY  10010
BY:  **ALEXANDER RUDIS, ATTORNEY AT LAW**

Reported By:        Pamela A. Batalo , CSR No. 3593, RMR FCRR
Official Reporter

**Wednesday - June 17, 2015**                                    **10:00 a.m.**

# P R O C E E D I N G S

## ---oOo---

**THE CLERK:**  We are calling C 14-2998 Finjan, Inc., vs. Symantec, Corp.

Please step forward and state your appearances for the record, please.

**MR. HANNAH:**  Good morning, your Honor.  James Hannah from Kramer Levin representing Finjan.  With me is Hannah Lee and Dr. Medvidovic.

**THE COURT:**  Good morning, Mr. Hannah.

**MR. NELSON:**  Good morning, your Honor.  David Nelson on behalf of Symantec.  With me is Alex Rudis and Nate Hamstra from my firm -- well, it's not my firm.  It's a place I work.  And then David Majors from Symantec and then Dr. Richard Ford.

**THE COURT:**  All right.

**MR. NELSON:**  Mr. Hamstra, he's fine.  He had --

**THE COURT:**  I'm concerned.

**MR. NELSON:**  He's prepared to go through the tutorial.  He's going to be fine.  I don't want you to be concerned.  I was a little concerned last night when all this happened, but he assures me he's okay and I guess the doctor cleared him, so we'll have to go with that.

**THE COURT:**  All right.  We'll keep medical attention

1 on standby.

2    **MR. NELSON:** All right. Thank you.

3    **THE COURT:** So we are here for the technology

4 tutorial. I'm prepared to turn it over to the parties with a

5 couple of caveats. One is I have now done this enough, that is

6 to say, twice. Sort of the basics of the Internet is something

7 we can go light on. What I'm really interested in is if there

8 is something particular about the technology at issue here

9 that's salient, that's what I would like to spend most of our

10 time on.

11    I also prefer, in this setting, not to have a pre-claim

12 construction argument. Obviously we have time set aside for

13 that and so context is one thing, but generally to the extent

14 we can focus on the underlying technology and save the argument

15 about the particulars of the claim construction for next week

16 or however many weeks out it's set, that's my preference.

17    So with those two caveats, I will turn it over to the

18 parties to start.

19    **MR. HANNAH:** Thank you, your Honor.

20    The parties have conferred, and we were going to present

21 in a similar manner as we did a couple of weeks ago.

22 Dr. Medvidovic would stand up here and answer any questions

23 that you have regarding the technology, and we would be

24 presenting and then we would turn it over to counsel and then

25 they would do their presentation.

1          **THE COURT:**  That sounds fine.

2          **MR. HANNAH:**  We also have some handouts for the Court

3    of the presentation that we intend to present.  May we hand

4    those up?

5          **THE COURT:**  Please.  If you can give them to

6    Ms. Riley.

7          **MR. HANNAH:**  Hi, your Honor.  May it please the Court.

8          This case is involving Finjan vs. Symantec, and as the

9    Court may remember, Finjan owns a variety of patents in the

10   securities space.

11         This case involves eight of Finjan's patents, two of which

12   overlap with the presentation that we gave two weeks ago, the

13   '844 and the '154.  The other six patents are new, and we will

14   focus our presentation on those patents so that we don't repeat

15   ourselves, as the Court has already indicated.

16         Generally, the patents that are involved in this case can

17   be broken into four categories.  The first category is the DSP

18   Patents.  As the Court may remember, the '844 Patent involved

19   Downloadable Security Profiles.  Well, there are two additional

20   patents in this case that also involve Downloadable Security

21   Profiles.  That's the '926 Patent and the '494 Patent.

22         The '494 Patent deals with storing these Downloadable

23   Security Profiles in the database, and the '926 Patent deals

24   with retrieving these profiles from the database and doing some

25   further operations with them.

1    The next bucket of patents that we'll be talking about

2    today is the '289 and the '154 Patent, and we generally call

3    these the Security Check Patents on this slide, which is Slide

4    3, and these involve looking at the functions within an

5    incoming Downloadable and providing substitute functions and

6    doing a security check with those with the security computer.

7    Again, this technology was discussed with regard to the '154

8    Patent.

9    The next one that we have on this slide is the Embedded

10   Data Patent.  This is more of an efficiency patent involving

11   putting management data into an HTTP traffic stream, and we

12   will discuss that as well.

13   And then we have the Web Search Protection Patents, which

14   involve being able to provide security on search results that

15   you would be able to get in terms of when you go and visit it

16   on the Internet.

17   So we'll go briefly through what happens when you click on

18   the link.  We know we saw this.  We cut these slides down

19   considerably from last week, but if you just could remind the

20   Court briefly what a request is, Doctor.

21        **DR. MEDVIDOVIC:**  Sure, your Honor.

22   When you click on a link, basically the software that runs

23   inside your browser creates a software request and then gets

24   sent to some server on the web to ask for the content that you

25   asked for essentially.  And when it arrives at that server, the

1    content is going to be sent back to your computer so it can be

2    rendered within your browser.

3         MR. HANNAH:  As we discussed last time, there is a

4    variety of ways that you can look at this type of traffic.  Can

5    you explain the two ways that we discuss here.

6         DR. MEDVIDOVIC:  Sure.  So since this is going through

7    a potentially-hostile network, certainly a network that you nor

8    the courthouse, the system administrators here, control, then

9    one of the dangers, of course, is that this network could slip

10   things into whatever the content is you want that could be

11   unwelcome and potentially malicious, and because of this

12   complexity of this network, the things that you want to have

13   are certain kinds of protections, and these protections are

14   what is on the next slide.  These are the things you've seen

15   before.

16        So, James, if you can just advance it.

17        Basically we would like to have some sort of computer

18   gateway, similar to a gateway that you have in real life, that

19   will protect you.  That gateway could be a set of computers

20   that monitor at least some of the traffic that's coming back

21   from the open Internet and it could be located either on the

22   premises wherever a particular organization is located or the

23   actual physical computers could be located somewhere in the

24   cloud.

25        So it still works the same way, still a gateway that

1    inspects some, if not all, of the traffic that comes your way,

2    but it's not necessarily located in the same building in which

3    a company, for example, or the courthouse, in this case, has

4    its computers located.

5         **MR. HANNAH:**  And, Doctor, what are the different ways

6    that you can inspect this traffic in terms of providing

7    software security?

8         **DR. MEDVIDOVIC:**  Right.  So basically there are --

9    it's kind of a binary decision.  Ideally it should be a binary

10   decision.  When the traffic comes your way, at the gateway you

11   inspect it, and it's either safe and you allow it to go through

12   or it's unsafe, it's deemed malicious and you block it.  That's

13   kind of the two basic options you have.

14        **MR. HANNAH:**  Please remind the Court, what is the

15   traditional antivirus technology that is involved?

16        **DR. MEDVIDOVIC:**  So the traditional antivirus

17   technology takes a look at a Downloadable, at the bit stream or

18   sometimes called the byte steam, the 1s and the 0s, and within

19   it, tries to recognize the signatures for malicious content,

20   known viruses that have appeared in the past.  So as long as

21   you know that they are malicious, you look for them, you find

22   them and you block them.  It's really as simple as that.

23        **THE COURT:**  When we say *traditional*, was it the case

24   that before the patents that we're talking about here, all

25   antivirus technology was the signature scanning model?

1    DR. MEDVIDOVIC:  I don't think it would be fair to say

2    that it was all of it, but it was definitely an overwhelming

3    majority.

4        MR. HANNAH:  The reason for that, your Honor, is the

5    way that viruses proliferated.  The Internet was in its very

6    infancy, came around in 1995, 1996, and so you were dealing

7    with floppy disks and things of that nature, so it would depend

8    that way.

9        What happens in the traditional antivirus technology if

10   there is no match?

11       DR. MEDVIDOVIC:  If there is no match, you simply

12   assume that the content is safe; you let it through.  Of

13   course, the danger is, if you go to the next slide, is if there

14   is no match but it just happens to be an unknown virus, you're

15   in a sea of trouble.  You still let it through.  You assume

16   that it's safe, but it turns out not to be safe, and this

17   is -- all of us have been affected or know people who have been

18   affected in this fashion.

19       MR. HANNAH:  Doctor, so what is a way to be able to

20   protect a computer that is different from traditional antivirus

21   and what solves those problems?

22       DR. MEDVIDOVIC:  Right.  So to deal with these unknown

23   viruses, in other words, viruses for which you don't know

24   signatures yet, one way of dealing with that is instead of

25   trying to match these patterns of 1s and 0s, to try to look at

what kinds of operations a Downloadable is actually going to
try to attempt on your computer. And based on those, it's
known in the art that certain operations could do dangerous
things and just watch out for those. And based on the
information you're able to glean from the Downloadable, make
appropriate decisions.

So in this particular case, some operations that this
Downloadable is trying to attempt are clearly not acceptable.
This indicates a malicious behavior, and in this particular
case, the decision is very simple, you block that behavior.
You don't let it propagate.

MR. HANNAH: One thing that is shown on Slide 16 is
this profile. Can you explain what this profile is?

DR. MEDVIDOVIC: Right. The profile turns out to be a
very important aspect of this kind of technology because these
Downloadables could be very large and there are literally tens,
if not hundreds of thousands of them coming to just a single
computer during the course of a day that's being actively used.
You could multiply that by hundreds or thousands of computers.
You have really a lot of traffic, and if you have to scan all
of that content every single time, it's going to be very
inefficient.

One way of dealing with that is to create essentially a
digest of the security aspects, security-relevant aspects of
that Downloadable, and that digest becomes a profile based on

which you can actually make a lot of very important decisions.

**MR. HANNAH:** And in some examples of this profile, does it contain operations of the Downloadable, indication of the operations?

**DR. MEDVIDOVIC:** The profile can contain some representations of the operations, representation of certain sequences of operation, so maybe one operation is not dangerous but in combination with some other ones, it can do dangerous things and things of that nature.

**THE COURT:** One question I have is whether potentially there was a similar problem with the -- to the unknown virus problem. In other words, the profile -- is the idea that once this is determined to be a malicious program, we can say that that malicious program had characteristic A, B, and C in terms of operations or order of operations and that's how the digest is created? In other words, how do you recognize the malicious program the first time, even using the profile approach?

**DR. MEDVIDOVIC:** That's a very good question. For that you go to rules of thumb or heuristics. So you don't know in fact the first time you've seen it that it's wiped out anybody's hard drive, for example.

But what do you know is that under certain conditions if it attempts to do certain things like rename a file or format a disk, that's too obvious. Obviously these things are more sophisticated than that. You can do smart things like

associate probabilities.  You can -- and this slide doesn't show it; subsequent slides will.  You can invoke certain policies where you basically say look, with a higher than X probability, this is going to be bad.

Now, what this, of course, results in and what all the security systems today suffer from is some portion of false positives where you block some traffic you shouldn't be blocking.  What you really should be watching out for is false negatives, things where you don't block things that you should be blocking because those are really dangerous.

So the idea is to catch everything so that there are no false negatives and to drive your false positives down as close to zero as you can.

This is obviously not a perfect process, and as you aptly pointed out, the first time you see it, you just cannot -- in some cases, you cannot be sure.  In other cases you might be able to.  And there, these policies come into play, and people are typically willing -- users are willing to deal with the fact that sometimes they won't get the content.  As annoying as that is, they won't get the content they should be getting, but they can rest easy that content that shouldn't be coming through is, in fact, not coming through.

MR. HANNAH:  Additional examples are in the patents themselves where they talk about write to a file.  So if you have a Downloadable that comes in, instead of just looking at

the 1s and 0s and the pattern matching to see if it contains a signature of a virus, you take a step back and you say okay, here's some operations that the file wants to perform such as write to a file.

So when you analyze that file and you see *write to a file*, you flag that, and you say okay, this is part of this profile that I'm creating for this Downloadable. It says it wants to write to a file. It wants to read to a file. So that's the profile that's actually -- that's generated based on the Downloadable that comes in. And you know that those operations are suspicious because a hacker is going to do that kind of stuff. They are going to write to your disk. They are going to read to your disk. They are going to delete a file or stuff of that nature. So that's what that profile is.

And then as Doctor was explaining, you plan it to a security policy. You say okay, well if I see three writes to a file and then a read and then a delete, my policy is going to say I should block that Downloadable so I shouldn't see it again or maybe you use that profile for statistical analysis so you say okay, I'm going to detect operations here and I'm going to do some further processing so my analyst can take a look at it.

There is a lot of different ways that you can use this profile, but that's how you are looking at it. You are taking a step back from the low level technical, you know, 1s and 0s

of it and the byte pattern matching and seeing actually what's

it going to do and that's why it's called behavior-based

detection.

THE COURT: All right. Thanks.

DR. MEDVIDOVIC: So in fact this slide shows exactly

what we were talking about. If you're not sure, you have to go

to these policies. You make a judgment call, in a sense, and

you hope that the judgment call is right.

MR. HANNAH: And as shown on Slide 17, this is a

profile that has some suspicious behavior that is detected

rather than malicious behavior as shown on Slide 16, and this

is where you are looking at the policy to see if it's okay, if

we should block it or not.

All right, Doctor. We will move on to the '844 Patent as

we did a brief overview, as your Honor has requested, of the

Internet and kind of the background here. The '844 Patent is a

patent that we gave a technology tutorial before on so we will

go through this quickly as well. This patent is really focused

on creating the Downloadable Security Profile looking at the

suspicious code and then linking it, linking it to the

Downloadable so you can do further processing and things of

that nature on it.

Doctor, can you please explain how the '844 Patent, the

technology at a high level, works?

DR. MEDVIDOVIC: Sure. So we've covered some of this

1    ground so I will try to be brief.

2        Basically instead of looking again at this sequence of

3    bits of 1s and 0s, what you end up looking for are the

4    operations that you know people -- a person who is of ordinary

5    skill in the art would know that these operations could be

6    potentially malicious.

7        Some sequences of those operations are also known to be

8    dangerous, even if the individual operations are not, and based

9    on those, a profile is created.  That's the security digest of

10   this particular Downloadable, essentially.

11       MR. HANNAH:  And then the patent also talks about --

12   the technology of the patent talks about linking this

13   Downloadable Security Profile to the Downloadable.  Can you

14   please explain what is meant by that?

15       DR. MEDVIDOVIC:  Sure.  By linking the two, you create

16   an association between the two of them in software somehow so

17   that if you're dealing with a Downloadable, you are not going

18   to be looking at the whole Downloadable.  It could be a large

19   piece of code.

20       You're looking at this relatively brief digest that

21   contains only the information that you're interested in.  And,

22   in fact, while there might be, for example, in the basement of

23   this courthouse some powerful servers that could be doing a lot

24   of this stuff very fast, chances are the computer you're

25   running on -- that you have on your desktop there is not going

to be that powerful, so really the advantage is if it goes to a
client, for example, and the client has to check the policies
and make sure that your Honor can access some content, whereas
somebody else might not be able to, there the idea is to look
at the digest itself and make a decision.  Still a very kind of
technically-solid decision so we're not sweeping anything under
the rug, but done on a much smaller amount of information.

MR. HANNAH:  Can all of this information also be done
at the gateway?

DR. MEDVIDOVIC:  So, yes.  These are the kinds of
things that you can -- these associations between the
Downloadable and the -- and the profile or the digest can be
done at the gateway or at the client.

The gateway will typically see a lot more of this than any
one individual client because the gateway is servicing, for
example, an entire organization.  But the advantage, of course,
is that on the gateway, you can place your more powerful
servers which can do this stuff more efficiently.

MR. HANNAH:  And as we briefly explained before, these
types of profiles can be used for a variety of reasons, being
able to analyze downloadables you've seen again, statistical
processing for your analysts, anything of that nature.

The reason that you link this Downloadable to the profile
is so that you have an association -- you have association with
the Downloadable so you know what you're looking at.

1    **DR. MEDVIDOVIC:** Right. One of the things you can do,

2    and a lot of organizations do this, is you can use this kind of

3    information for URL or web address -- white listing and black

4    listing and things like that.

5    So if you receive the same highly suspicious or even

6    malicious content from the same set of servers somewhere on the

7    Internet, you basically eventually go okay, everything from

8    these servers is just going to be blocked. We're not even

9    going to deal with this, that kind of thing.

10   **MR. HANNAH:** If your Honor doesn't have any further

11   questions on the '844 Patent, we will move on to the '494.

12   **THE COURT:** That sounds good. Thanks.

13   **MR. HANNAH:** So the '494 Patent generally deals with

14   storing this Downloadable Security Profile in a database. This

15   is a patent that the Court has not seen before in the previous

16   tutorial.

17   Doctor, can you please give an explanation of what is

18   shown on Slide 22?

19   **DR. MEDVIDOVIC:** Sure. So one of the advantages that

20   we talked about of having this Downloadable Security Profile is

21   that when you get the same content, the same Downloadable

22   again -- and you will because you'll go to either similar

23   websites or you'll revisit the same story or you'll want to go

24   back and remind yourself or the same kind of Downloadable might

25   be sent to you from CNN.com for many different stories. They

1    are running the same ad, for example, and they want to flash it

2    on your screen and things like that.

3         The whole point of these Downloadable Security Profiles is

4    that you have this digest that you look up and make -- can make

5    decisions relatively efficiently so you don't want to recompute

6    every single time.

7         So once you compute this DSP, the Downloadable Security

8    Profile, a very efficient way of dealing with it for the future

9    is to store it into a database and then you can retrieve it

10   for -- hundreds of thousands of these Downloadable very fast.

11   So it's there sort of at your fingerprints when you need it.

12        **MR. HANNAH:**  And, Doctor, can you briefly remind the

13   Court what is a database?  And how the '494, the technology in

14   the '494, would store these types of profiles in the database.

15        **DR. MEDVIDOVIC:**  Sure.

16        So your Honor you might remember last time, I basically

17   pointed out that when you look at a chart like this, it looks

18   like a jumble of boxes connected with some lines, but the whole

19   point behind the database is that it comes up or it comes along

20   with another piece of knowledge.  It's called a database

21   schema.  And that schema really describes the structure of the

22   information that's contained within the database.  It allows

23   you to both efficiently store things in the appropriate place

24   in the database, because your database could be gigantic, it

25   also allows you to very efficiently search for and retrieve the

1    exact information that you need.

2        So it's really an organized collection of data that is

3    stored for use by many different applications and the way it's

4    organized is according to this database schema.

5        **THE COURT:**  In this instance, is the profile linked to

6    the Downloadable in the way that we saw in the last patent or

7    does something trigger the retrieval of the profile from the

8    database once the Downloadable comes in?

9        **DR. MEDVIDOVIC:**  There is another piece of this

10   technology that helps to trigger -- that's actually a very good

11   question -- that we didn't show here, and that is that when you

12   get a Downloadable, there is a highly efficient way -- there

13   are very efficient algorithms in computer science called

14   hashing algorithms that can, for a really large piece of

15   content, a really large piece of information, very quickly

16   determine an ID, a unique ID.

17       So you can hash on a very large Downloadable very, very

18   fast and come up with it -- you can think of it like a 10-digit

19   ID, for example.  That is the information that helps you find

20   the proper key in the database because that's what is

21   corresponding with the Downloadable Security Profile.

22       **MR. HANNAH:**  I think your Honor jumped right straight

23   to the '926 Patent, which we will talk about, which builds upon

24   this content of storing it in the database, and the '926 is

25   actually about retrieving that and using the hash function that

1   the doctor has just explained and using that.

2        So the '494 specifically deals with having a Downloadable

3   Security Profile and storing it in a database, while the '926

4   Patent says okay, what am I going to do with this information

5   after I've had it?  That's how the lineage kind of plays

6   through with '844 about creating it and linking it.  The '494

7   storing it in the database and then using it with the '926.

8             THE COURT:  Got it.

9        MR. HANNAH:  There is some discussion in the '494

10  Patent and some related patents about an event log, and can you

11  explain or remind the Court the difference between the database

12  and an event log?

13        DR. MEDVIDOVIC:  Sure.  Simply put, an event log is

14  just a chronological sequence of certain kinds of things you

15  might be interested in in your system.  So it really is almost

16  like a really large text file that might contain the

17  information that you need but you have to go through and sift

18  almost line by line to find what it is that you want.  So it

19  doesn't have that schema part to it that imposes the

20  organization to it.

21        To the best of your knowledge, *you* either being

22  your Honor, a user, some engineer, or another piece of software

23  that tries to process this, the information that you need could

24  be anywhere between the first and the last line, so you really

25  kind of have to go typically through the whole thing, one by

one.

   **THE COURT:**  Is an event log like this typically searchable?

   **DR. MEDVIDOVIC:**  It can be searched by using simple techniques like, for example, you could do a text search, you could jump to a particular line.  So these are very sort of rudimentary tools that you could apply to it.

   If, however, the thing that you're looking for is distributed across multiple places so if something happened at 11:05 and a related event happened at 11:07 and between them you have 5,000 events that happened, then you kind of have to manually sift through it.

   And there are system administrators, there are engineers who end up doing this kind of thing for a living.  This turns out to be their job, to see kind of where and when and how an exploit might have entered into the system, but it turns out to be a very manual and error-prone job because these logs can get really, really large, and they really lack any organization other than the thing on Line 2 happened after the thing on Line 1.  That's the only thing that they guarantee.

   **THE COURT:**   Would the 10-digit ID for a Downloadable that we were talking about earlier appear somewhere in this event log or not?

   **DR. MEDVIDOVIC:**  It may, in fact, appear in the log.  It depends on what you choose as an engineering organization,

what you choose to store in the log.  So there are many

different ways that you could keep track of various things, so

the log could -- the beautiful thing about a log is you can put

anything you want in it.  The bad thing is you could put

anything you want in it basically.

        MR. HANNAH:  And what is the difference between an

event log and why is a database more efficient in terms of

storing and retrieving the data?

        DR. MEDVIDOVIC:  So the schema in the database imposes

this structure on the database.  It allows you to very

efficiently get exactly what you want, where the thing that you

want could be an intersection of five different things, and

there is, within the body of knowledge for computer databases -

there are known ways for how you deal with that.

        In an event log, you have to pluck out each one of those

five things manually and then possibly you may literally, with

a pencil and paper, have to work through it and cross things

out that you don't want and keep things that you do until you

arrive at the same information, so you would be -- it's not

impossible to do the same kind of thing with an event log, but

it's considered prohibitively expensive computationally to do

that.

        MR. HANNAH:  Would you say that the database is a much

more efficient way of storing things?

        DR. MEDVIDOVIC:  A database is the way to do these

1    things.

2           **MR. HANNAH:**  I'm not sure if your Honor has anymore

3    questions on the '494.  We can move to the '926.

4           **THE COURT:**  I think we can move on.

5           **MR. HANNAH:**  The '926 Patent, as your Honor has

6    indicated already with your questions, talks about essentially

7    the next step of retrieving the information from the database

8    and what you're going to do with that.

9        So, Doctor, can you please explain what is shown on Slide

10   26 in regard to a general overview of the technology for the

11   '926 Patent.

12          **DR. MEDVIDOVIC:**  Sure.  So with regard to this patent,

13   your Honor stole my thunder a little bit by asking the question

14   that essentially gets to the heart of what this patent does,

15   which is you store these digests into a database.  What do you

16   do with them?  How do you know to link them up with anything

17   new that's coming from the Internet?  And this is where that

18   process of very efficiently determining a key whereby, from the

19   Downloadable -- whereby you can link it, you can connect it to

20   what's stored in the database in terms of these Downloadable

21   Security Profiles happens so that then you can now have both

22   pieces of information at the gateway.  You have the

23   newly-arrived Downloadable and you have the Downloadable

24   Security Profile you had previously stored in the database and

25   then you can do all kinds of things with them, including if

1    they're deemed to be okay, sending them to the client, and I

2    think that might be what our next --

3         MR. HANNAH:  Doctor, you mentioned earlier having the

4    hash.  Can you give an example of how you would use a hash to

5    retrieve the profile from the database.

6         DR. MEDVIDOVIC:  Sure.  So for every element that gets

7    stored in a typical database that you might -- like Oracle's

8    database that you might purchase, the database elements are

9    going to be indexed using various kinds of keys, and one kind

10   of key that you could use for indexing those elements would be

11   the hash value of the Downloadable.

12        So instead of doing something more complicated, you just

13   take this one, let's say, 10-digit ID, for example, and just

14   use that, and the next time you want to get it, you go can I

15   get 55555 444444 from the database and it goes and based on

16   that key, the database is built such that it can very

17   efficiently find the exact data piece that you want that's

18   stored in the database.

19        MR. HANNAH:  So using that example, if you search for

20   and you found a hash of a profile, that would actually pull up

21   the entire profile, based by just searching on the hash in that

22   example?

23        DR. MEDVIDOVIC:  The idea would be to pull up the

24   entire profile, yes.  So if you do this right, if you apply the

25   technology of the previous patent and then you go through and

1    do this part of the process where you're trying to retrieve it,

2    you get your profile, the correct profile and the complete

3    profile by doing a -- this efficient hash on the Downloadable

4    itself.

5          **MR. HANNAH:**  If we contrast that with an event log

6    that potentially could have a hash because you can put anything

7    in an event log, would you necessarily be able to go and

8    retrieve the entire profile by just searching for a hash or

9    would you have to do a further search of the event log?

10         **DR. MEDVIDOVIC:**  You may in fact not be able to do it

11   all at once.  If the Downloadable Security Profile consists of

12   multiple pieces, which it's likely to consist of, then every

13   single one of those pieces as they get put in the event log

14   could be tagged in fact with a hash key.  So what you have to

15   do is you have to make a search from top to bottom to make sure

16   there are none left in there.

17       The other thing that's difficult that we should mention

18   here, with an event log that a database handles quite naturally

19   is if you want to overwrite something in the database, in other

20   words, you realize that somehow you computed the security

21   profile incompletely last time or whatever, you want to take

22   that one out and put another one in in its place, in a database

23   you can do that quite naturally.  In an event log you can't

24   because an event log is everything that has transpired,

25   including things that you did wrong.

1  So correcting your mistakes in an event log is very

2  difficult, if not impossible.

3       **MR. HANNAH:**  Doctor, you alluded to what can you do

4  with this Downloadable and can you please show what is shown --

5  describe what's shown on Slide 27.

6       **DR. MEDVIDOVIC:**  Sure.  So you have basically, at the

7  gateway, hashed from this Downloadable, you have located from

8  the database the Downloadable -- the corresponding Downloadable

9  Security Profile.  At this point you can, for example, apply a

10  policy at the gateway to decide what to do with it.  You could

11  decide to allow each individual client to apply its own

12  policies, so in that case, you would pass the downloadable and

13  the digest itself, the profile, to the client as shown in this

14  slide so the client can either render the requisite information

15  in the browser, decide to block it locally because that

16  particular client is not authorized, or do something else with

17  it.

18       **MR. HANNAH:**  If you have no further questions on the

19  '926, we will move on to the '289 and '154 patents, your Honor.

20       These patents generally talk about the Inspecting

21  Dynamically Generated Executable Code.  That's the title of the

22  patents here.

23       Doctor, can you please explain what's shown on Slide 29

24  with regard to a general overview of the technology for the

25  '289 and '154 patents.

1      **DR. MEDVIDOVIC:** Sure. Again, just very briefly,

2   your Honor, because you will remember this from last time we

3   spoke, when you are downloading a web page, you don't get the

4   whole web page necessarily. But even within that web page, you

5   don't get to just static text; you get some program, basically,

6   that will do certain things within your browser: Play a video,

7   flash an ad banner, things of that nature.

8      So when you do the behavior analysis of that Downloadable

9   that's coming your way, the things that you're going to be

10  watching for is the kinds of operations that that Downloadable

11  implements internally, it's trying to execute. And some of

12  those operations are going to look funny in the sense that,

13  hmm, maybe we should not let those actually execute on

14  your Honor's computer. We should try to do something else with

15  them.

16     So what this patent or this couple of patents teaches is

17  that you can take those suspicious operations and in the

18  program itself, replace them with a second operation. And what

19  the purpose that second operation is going to be is that when

20  you get to it on your computer, instead of executing the

21  original operation which you got from the Internet which could

22  do something untoward, that second operation will simply

23  transfer everything to a special computer without you ever

24  realizing it, and that's the next slide.

25     These security computers will then go oh, okay, the

1   placeholder operation we inserted has just been attempted in

2   this system.  Let's execute the original operation and see what

3   this thing would actually do.

4       So the security computer is highly protected.  It can

5   actually attempt the kinds of things that your Honor's computer

6   would not want to attempt because it's not as protected.  And

7   then based on what actually happens when you execute the

8   original information, which could have been either completely

9   safe or malicious, based on that information, for example, if

10  it's deemed safe, only then is it allowed back to your Honor's

11  computer for actual execution.

12      This may seem like a lot of steps, but in computers with

13  especially local networks, this can happen almost

14  instantaneously so you would actually never notice this

15  happened, but this dance between your computer and, in this

16  case, the security computer would protect your system in ways

17  that tie back to the question you asked a little bit earlier,

18  not knowing ahead of time whether something is actually

19  malicious or not, you might not be able to catch it.  This

20  would catch it.  It would just try it on -- in a sort of a

21  safer environment and say okay, this thing is definitely bad,

22  for example.

23          THE COURT:  Is the replacement code that triggers the

24  sending over to the security computer just that?  In other

25  words, we replace the executable with *send to computer* or is it

1   something different?  *Send to security computer* or is it

2   something different?

3         **DR. MEDVIDOVIC:**  It could be as simple as *send to*

4   *computer* or *flag security computer*, something as simple as

5   that.  And then the security computer knows *oh, okay, the flag*

6   *here, what it really means is execute this suspicious code, see*

7   *what happens*.  So it does that on your behalf, goes back and

8   then says *yeah, yeah, go ahead and execute this code*.  Or *don't*

9   *even try this*.

10        **THE COURT:**  Got it.

11        **MR. HANNAH:**  With that, your Honor, with no further

12  questions, we will move on to the '299 and '182 Patents.  These

13  are generally the Web Search Protection Patents and involve

14  looking at some search results and being able to provide some

15  security to make sure that you don't go to malicious links.

16        Can you explain, Doctor, what is shown here on Slide 33 in

17  relation to a general technology of the '299 and the '182

18  Patents.

19        **DR. MEDVIDOVIC:**  Sure.

20        So, your Honor, if you go on Google right now and search

21  for some news bit on the Warriors winning the NBA title last

22  night, you'll get a lot of different hits.  Google is going to

23  display a certain number of them on one page and it will let

24  you go to subsequent pages if you want more information on

25  that.

What Google sends you back is completely safe because Google vouches for it. But the actual links within that list that they send you, you don't know one way or the other.

So the idea here is that you want to look at what's actually behind those links. Is that -- is there anything potentially dangerous if you click on one or more of those.

**MR. HANNAH:** Go Warriors, just to put that on the record.

**THE COURT:** How did you know what I was doing this morning before I came to court?

**DR. MEDVIDOVIC:** I have my ways, your Honor.

**MR. HANNAH:** Let's look at Slide 34, Doctor. What is a way that we can protect against these potentially malicious links that might be found in a search result?

**DR. MEDVIDOVIC:** So what these two patents teach is that you can actually have a piece of technology, a software piece called a content scanner which will, on your behalf, check out to see what these various links that are embedded in a page return by Google may actually do. And that content scanner is kind of the key piece that enables this idea.

**MR. HANNAH:** And what can happen once the content scanner looks at it in one example?

**DR. MEDVIDOVIC:** Sure. So in this case, your Honor, you'll see 11 different circles. Actually inside of them there are little icons, and we will blow this up in just a second,

but you can think of those icons as either being green
checkmarks or red Xs.

The green checkmarks basically the content scanner says
*it's fine, go to the site*. The red Xs themselves could be
undesirable for various reasons. It could be something as
innocuous but annoying as an ad popping up all the time or it
could be something much more malicious than that.

**MR. HANNAH:** If you look at the '299 and '182 Patents,
it has several examples of Finjan's products which do this type
of analysis. Can you please explain what is shown on Slide 36.

**DR. MEDVIDOVIC:** Right. So in this case, your Honor,
we have examples of both the green checkmarks and the red Xs,
and the idea is that if your mouse hovers over them, it pops up
a tiny window and it says this is safe content or there is some
adware you should watch out for or a known virus has been sent
from this site. And then if you click on one of those red Xs,
for example, the right-most box window on Slide 36, it actually
gives you a more detailed explanation of what's actually
happening.

**THE COURT:** To generate both the warning box and the
more detailed box, does that require accessing the underlying
site? How is it determined that this link is problematic or
not?

**DR. MEDVIDOVIC:** Very good. That's an excellent
question.

You may go from everything, including these sort of
pre -- how would you say that -- premeditated attempts to
access from a safe computer and see what's happening there to
some reputation-based analysis to historical analysis where you
and/or other organizations -- you and/or other organizations
have flagged something as being malicious.  There are different
ways that you could in fact do this.

And each one of those would essentially -- the content
inspector would essentially work at fundamentally the same way,
but you're right.  You may, in fact, go *okay, let's attempt
this*.  But not hopefully from your computer but from another
one that is intended for this kind of analysis.

MR. HANNAH:  All right.  If there is no further
questions for that, we will move on to the '996 Patent,
your Honor.

The '996 Patent deals with embedding management data with
an HTTP traffic and is more of an efficiency patent in terms of
how you communicate data in a more robust manner.

There is some discussion in the '996 Patent about the
different layers, and on Slide 38, we have shown the OSI Model
and the TCP/IP Model.  Can you basically explain for the Court
what is shown here on Slide 38.

DR. MEDVIDOVIC:  Sure.  So, your Honor, there are many
different computer makers.  There are many different makers of
various kinds of servers on the Internet.  There are many

1  makers of network switches, things that actually enable you to

2  connect various things.  And it's incredibly important for all

3  of them to speak the same language.

4      What happened was this OSI Model, the Open Systems

5  Interconnection Model, was created as an industry-wide

6  standard.

7      What that model suggests is that everybody will build

8  their network software according to these seven layers shown

9  here.  What you see on the right-hand side is there are, at the

10  very top, the top two boxes, the application layer and the

11  transport layer.  Those are the two that are most relevant to

12  this particular patent.

13      Basically HTTP, which is the protocol that you use between

14  a web browser and a server, for example, to get data back and

15  forth, is an Application Layer Protocol.  That Application

16  Layer Protocol is built on top of TCP or UDP, which are

17  Transport Layer Protocols.  Typically it's going to be TCP, as

18  it turns out.

19      So HTTP needs TCP in order to function.  TCP is perfectly

20  happy to enable HTTP to do what it needs to do, but TCP really

21  couldn't care one way or the other what's above it in the

22  stack.

23      So the Transport Layer Protocol is, in a sense, the

24  bloodline of the network, and then the more sophisticated

25  protocols like HTTP are built on top of it, and that's really

1    the kind of -- the take-away message from this slide.

2        **MR. HANNAH:**  When you see the application layers, is

3    this showing like what you would see in terms of web pages and

4    things like that?

5        **DR. MEDVIDOVIC:**  Exactly.

6        **MR. HANNAH:**  On Slide 39 we have an HTTP packet and a

7    management packet.  Can you please explain what these two

8    packets are and what Slide 39 shows?

9        **DR. MEDVIDOVIC:**  Sure.

10       Every time your Honor clicks on a link and goes to

11   whatever page you want to go to about the Warriors winning the

12   title in spectacular fashion, you're going to get a punch of

13   HTTP packets so the data is going to be transferred to your

14   computer incrementally in terms of these individual data

15   packets and each one of those packets is going to have the

16   actual data you're looking for and then so that it can be

17   routed properly, it has to have some header information and

18   some trailer information.

19       So header information and trailer information would be

20   things like information that allows you to properly sequence

21   these packets because they might arrive out of order.  Things

22   like, you know, retrying if a fact doesn't arrive and a bunch

23   of different things.

24       Beyond HTTP, there is actually a lot of network management

25   data that also gets passed around.  One example that the patent

1    talks about is finding out, for example, whether your local

2    database of viruses for whatever you're running locally to do

3    the virus scans on your machine -- whether it's up to date, for

4    example.  So the network managers don't know how often you

5    update your information so you might periodically ask *hey, are*

6    *you up to date* and then you go *well, the last time I updated my*

7    *database of viruses was in early April*, for example, and then

8    it might kind of engage this management dance where it sends

9    you more information and things like that.

10        Each one of those management packets also has these

11   headers and trailers.  So there is a lot of information here

12   that if you multiply this by literally millions of packets that

13   gets passed back and forth, there is a lot of information that

14   ends up getting passed back and forth that really doesn't

15   contribute to anything productive for you as the end user.

16   This is really low-level information that the software system

17   needs.

18        The only things that you care about are the HTTP data and

19   the management data.  All these headers and trailers, that's

20   extra.  That's bloat, essentially.

21        So if you end up having to send each HTTP packet and each

22   management packet the way shown here, you are basically going

23   to be clogging the network.  Multiply that by thousands of

24   users times hundreds of thousands, if not millions, of packets

25   being passed back and forth, you're clogging the network

1    unnecessarily to a large extent.

2         **MR. HANNAH:**  So how does the '996 Patent deal with

3    these HTTP packets and these management packets in order to

4    increase the efficiency of the system?

5         **THE COURT:**  Actually, just one question.  So in Slide

6    39, you have got the HTTP packet and the management packet, but

7    are those all together basically one packet?  Is this one

8    message or, in other words, are they linked somehow?

9         **DR. MEDVIDOVIC:**  They would not be linked.  Right now

10   the way it's done, for example, without the help of the '996

11   Patent, these would be separate packets.  In fact, they could

12   be interweaved where you get three HTTP packets because you

13   requested some story on the Internet.  A couple of management

14   packets arrive next and then another 15 HTTP packets, another

15   couple management, so this happens, as computer scientists like

16   to say, *automagically*, and there is a way of kind of resolving

17   all of that and putting everything in its proper place, even

18   though they might arrive in whatever order.

19        **THE COURT:**  I see.  So in this example in Slide 39,

20   the content of the HTTP packet and the content of the

21   management packet are not related?

22        **DR. MEDVIDOVIC:**  They're not related.  You, in fact,

23   get them most likely from different servers.  One of them could

24   be a web server somewhere on the Internet.  That's your HTTP

25   packet.  The other one could be on your local Internet, some

kind of a management server that just watches over you and makes sure that, for example, your virus files, database files are up to date.

But the thing that the '996 Patent teaches that could help this really glaring inefficiency and how this is typically handled is that since the only things you care about are the HTTP data and the management data, if you can just piggy-back the management data onto HTTP packets, you would save yourself the cost of one header and one trailer in this very trivial scenario that we have here.

But if you have millions of these, then you would save yourself the cost of millions of headers and millions of trailers, meaning that by exchanging the same exact information that you would do without the technology taught by '996, you are actually saving literally megabytes and megabytes of bandwidth space. So this is a network-efficiency type of technology.

**MR. HANNAH:** Your Honor, it looks like we're coming up on our 45 minutes. If you have any further questions, we would be happy to answer them; otherwise, that's the end of our presentation.

**THE COURT:** No. Thank you.

**DR. MEDVIDOVIC:** Thank you, your Honor.

**MR. HANNAH:** Thank you, your Honor.

**THE CLERK:** Give me one minute to switch. Sorry.

1      **THE COURT:**  Are we ready?

2      **MR. HAMSTRA:**  Thank you, your Honor.  Again, my name

3   is Nathan Hamstra.

4      Dr. Ford, could you highlight some of your experiences

5   that you think render you particularly qualified to discuss the

6   detection of malicious software.

7      **DR. FORD:**  Yes.  So I've been doing work in malicious

8   codes since actually being at college.  My first job out of

9   college was an editor of *Virus Bulletin, Virus Bulletin* being a

10  magazine about computer viruses that still runs to this day and

11  runs a national conference every year.  In addition, I've been

12  Director of Research for the National Computer Security

13  Association; worked in IBM's High Integrity Computer Lab and

14  IBM research.  And the last 10 years of my career I have spent

15  as a professor at the Virus Institute of Technology doing

16  research on malicious code.

17     **MR. HAMSTRA:**  Your Honor, we just want to provide a

18  technical background on a few areas, and those areas are

19  different types of web content, different types of executable

20  content, and then different ways to detect malicious executable

21  content.

22     Dr. Ford, could you describe what web pages were like in

23  the early '90s?

24     **DR. FORD:**  Yes.  So when web pages first came about,

25  they were extremely static.  It was like looking at a document,

1  in effect.  It didn't have a lot of the bells and whistles that

2  we have come to expect from using the web today.

3      So the web primarily consisted of just simple marked-up

4  content, marked up in a language called HTML, HyperText Markup

5  Language.

6          **MR. HAMSTRA:**  What do you mean by *markup*?

7          **DR. FORD:**  So when a server would publish a web page,

8  it would say this is a header, this should be in italics, you

9  could embed pictures.  And I think one of the things that made

10 the web popular was, of course, links, the ability to click on

11 a link and be taken to another page.

12         **MR. HAMSTRA:**  In the mid '90s, how did the content in

13 web pages begin to change?

14         **DR. FORD:**  So users have always wanted more

15 functionality.  I think we are all probably examples of that.

16 You look at a web page and you want video, you want animation,

17 you want more interactivity.  So the web changed by the

18 addition of more dynamic web pages.

19     This brought about executable content so we would see, for

20 example -- in the example shown, we have a little video player

21 application running.  That allows us to see -- I guess

22 highlights the game.  I'm now discovering I'm the only person

23 watching tennis last night.  And of course automatically

24 updated headlines, that kind of stuff.

25         **MR. HAMSTRA:**  And next slide.

1    You mentioned executable content, Dr. Ford.  Describe at a

2  high level the different categories of executable content.

3       **DR. FORD:**  So with respect to thinking about the web,

4  we can think about three big categories or buckets of

5  executable content.  That would be conventional applications,

6  the kind that your Honor would be familiar with, Microsoft Word

7  you may download antivirus programs.  It's download

8  applications.

9    Then there are applets.  These are much smaller, typically

10  don't stand alone and they're inside a web browser.

11    And finally scripts, and scripts tend to be small, human

12  readable, in text, and I think we're going to speak a little

13  bit more about these.

14       **MR. HAMSTRA:**  Sure.  Turn to the next slide.

15    Dr. Ford, how would a software developer create a

16  conventional application?

17       **DR. FORD:**  So the task of creating a conventional

18  application is time-consuming but straightforward.  You are a

19  developer.  Your development team would pick a language that

20  they were going to develop their software in.  These are

21  typical high-level languages, C or C++ would be a good example.

22    Then you use a tool, a compiler and a linker, to create

23  the actual executable, and the executable is written in

24  basically machine code.  Difficult for a human to read.  It's

25  really just numbers, but it's what the processor actually

1  executes.

2      **MR. HAMSTRA:**  Is there a name computer scientists use

3  for that high-level human-readable code you mentioned?

4      **DR. FORD:**  Yes.  We call that source code.

5      **MR. HAMSTRA:**  Turn to the next slide.

6      Dr. Ford, how do applets differ from those conventional

7  applications that we just discussed?

8      **DR. FORD:**  So when we think about a conventional

9  application like Word or PowerPoint, it's a kind of a big

10  stand-alone thing.  Applets are typically much smaller.  They

11  typically require the support of another process to run.  So an

12  applet, for example, typically wouldn't run alone.  It would

13  run inside your web browser, just like the video player applet

14  that we're looking at in this example.  So they are typically

15  smaller and require support of another thing.

16      **MR. HAMSTRA:**  Turn to the next slide.

17      Dr. Ford, how do scripts differ from those conventional

18  application and applets we just discussed?

19      **DR. FORD:**  So scripts are kind of the glue that holds

20  a lot of the web together.  Scripts are human readable, and

21  there's a little example of a script line at the bottom of the

22  slide.  This example would be a document.write command, and

23  what it's doing is writing some text into that HTML document.

24  In this case, it's saying *hello* and then appending the string

25  *CustomerName* onto it.  You can see above that this would be

1    rendered by the web browser as *Hello, Tony*.

2         So scripts are typically interpreted.  They are not

3    machine code.  They are human readable, and they're interpreted

4    run time.

5         **MR. HAMSTRA:**  Can you explain a little bit more what

6    you mean by *interpreted*?

7         **DR. FORD:**  I can try.

8         Interpreted means that you basically have -- they don't

9    run directly on the CPU.  What you tend to have is an

10   interpreter which takes each line of the code, in this case,

11   for example, *document.write*.  It says *okay, the script is*

12   *asking me to do a document.write and it's asking me to write*

13   *this string to a file*.

14        So interpreted is kind of step by step by step rather than

15   being all compiled into machine code and executed natively on

16   the processor.

17        **MR. HAMSTRA:**  Thank you, Dr. Ford.

18        Turning to the next slide, we just discussed executable

19   content, but not all executable content is written with our

20   best interests in mind.

21        Could you describe different ways that were available of

22   detecting malicious content in the mid '90s?

23        **DR. FORD:**  Yes.  So in the mid '90s, these three

24   techniques were pretty well-known.  You had signature scanning,

25   static heuristics and run time or behavior.

1    Let me try and explain this by way of an example because I

2    think an example is better than talking about a lot of 1s and

3    0s.

4    If we put ourselves in the role of a security guard

5    sitting in a bank, a signature scanner is looking for something

6    that we know.  So an example for a security guard is he looks

7    at the most-wanted poster sitting on his desk and he sees

8    somebody walk into the bank and it's a match, it's the same

9    person.  That's the equivalent of signature scanning.  You are

10   seeing something that you know is bad and you're going to deal

11   with it there and then.

12   An example of heuristics for our security guard might be

13   it's a warm day and somebody comes in in a ski mask.  That

14   person hasn't done anything wrong, but that's pretty

15   suspicious.  On a warm day, somebody is walking in, face

16   covered in a ski mask.  So they have an attribute of something

17   that looks very suspicious, and the security might step in at

18   that point and go bulky coat, big bag, ski mask.  Despite the

19   fact this isn't a known bad person, I'm going to get involved.

20   And then finally run time.  And with run time, it's

21   essentially how we think of a security guard operating.

22   They're going to sit and watch.  They will watch what's going

23   on in the bank and make certain everything runs well and as

24   soon as somebody does something or is about to do something

25   that is unwanted, they'll step in.

1    **MR. HAMSTRA:** Thanks, Dr. Ford.

2    Moving on to next slide, can you describe in a little bit

3    more detail how signature analysis works on a computer.

4    **DR. FORD:** So in this case, it's pretty

5    straightforward again. What would happen is we have some sort

6    of known virus. Maybe a researcher found it, maybe it was sent

7    in by a customer. And that virus is examined and a signature

8    is created for it.

9    In fact, in my role at *Virus Bulletin*, one of the things I

10   did was create signatures, so this is something that we used to

11   do. And these signatures are used when you see new files, so

12   when you see a new file come in, you look at your collection of

13   signatures and if it -- if this new file matches a signature

14   that we know is bad, we stop it, and so it's prevented from

15   entering the computer or it's blocked.

16   **MR. HAMSTRA:** Turning to the next slide, what are some

17   strengths and weaknesses of signature analysis?

18   **DR. FORD:** So the strength is that it's very reliable.

19   If I've seen a piece of malware before, signature analysis  --

20   signature analysis or a signature-based scanner is a very

21   reliable way of stopping it. The downside is somebody had to

22   get that virus first, typically, right? And so if an unknown

23   malicious file is found, its signature won't be in our

24   collection of signatures in our signature database, and it's

25   going to get through to the computer, and as you can see, that

1  doesn't work out very well for the computer in that diagram.

2      MR. HAMSTRA:  Turning to the next slide, can you

3  describe in a little bit more detail how static heuristic

4  analysis works?

5      DR. FORD:  Again, I'll go back to my analogy.  It's

6  the guy that walks with the ski mask and the heavy coat on a

7  summer's day into a bank.  What you're looking for are

8  attributes that you strongly associate with something bad.

9      So with static heuristic analysis, you would take that

10  file and you would look at it and say, *oh, maybe its -- maybe*

11  *it has this kind of hat, maybe it has this kind of size, maybe*

12  *it's called this or it's signed by that*.  If these match these

13  heuristics, you basically take a very well-educated guess that

14  it's likely to be bad and you block it.

15      MR. HAMSTRA:  And the last category, run-time

16  analysis, could you describe that in a little more detail?

17      DR. FORD:  Yes.  So, again, I think it's very clear

18  when you go back to my security guard analogy, you are

19  basically watching and getting involved as soon as something

20  bad or unwanted is about to happen.  So if you saw something

21  that's about to write to your password file, that would be a

22  good example of run-time analysis.  You might say *well, I don't*

23  *want this video.  I'll apply it to write to my password file*.

24      MR. HAMSTRA:  Turn to the next slide.

25      At what locations on a network -- let me back up a little

bit.

First of all, could you briefly describe what the different components on this diagram are?

**DR. FORD:** Yes.

I suspect your Honor is intimately familiar at this point with the different pieces of a network, but we have, of course, our web server serving the content, our Internet, which is just our collection of networks; the gateway, which is basically where you go in and out to a local network, serving the function of the fine gentleman I met downstairs this morning checking that all is well; and of course the client computer, similar to the computer we're running right now.

**THE COURT:** Just one question, backing up. What does *run time* mean?

**DR. FORD:** So to me run time means as the program runs. You're actually going to let the program run. It's going to do its things and you see what it does.

**MR. HAMSTRA:** What are the risks of that run time analysis?

**DR. FORD:** So the risk, of course, is that you've potentially already let the program do some things. So, you know, just because it's done things that appear to be benign and now you know to stop it, you now have a problem that some of these things have already happened on your machine.

**MR. HAMSTRA:** Thank you.

And so going back to the next slide, so we discussed all these antivirus detection techniques. At what point in the network can antivirus techniques be applied?

**DR. FORD:** So it can be employed in several locations. Of course, if you were IBM, for example, you would want to be careful about the content you serve. So if you have a web server, you might want to make certain that you never serve malicious content. So scanning or some sort of protection at the web server would be a very believable scenario.

Similarly, we may wish to do this at the gateway. You don't want to have anything dangerous come into your organization so if you can stop it at that gateway, that would be absolutely marvelous.

**MR. HAMSTRA:** And the next slide?

**DR. FORD:** And, of course, finally, yes, the antivirus software that probably everyone is most familiar with, and that's the software that runs on your end user, your home machine, perhaps. And that would be another very commonplace to see these techniques applied.

**MR. HAMSTRA:** Your Honor, unless you have any further questions, we will move on to talking about the first patent family.

**THE COURT:** Sounds good.

**MR. HAMSTRA:** The first family we'll discuss is the '844, '926 and '494 Patent families. The claims of these

paints all relate to the Downloadable Security Profiles, as I'm sure you're aware.

Dr. Ford, what do you view as the motivation driving the development of the '844 Patent?

**DR. FORD:** So as you can see from this diagram, we have again our standard little network diagram, and out on the web server is a collection of Downloadables, and we don't know much about them. Wouldn't it be wonderful if the client computer could have some idea of things that those -- those objects, those Downloadables might do when they get to the client computer. And so the motivation is can that be done.

**MR. HAMSTRA:** And what did Finjan do in the '844 Patent to address that?

**DR. FORD:** So Finjan's solution was to involve an inspector and to involve the developer. So the developer creates a Downloadable and this Downloadable gets passed on to an inspector. The inspector carries out the step of constructing a Downloadable Security Profile for that Downloadable.

**MR. HAMSTRA:** And how does the inspector construct that Downloadable Security Profile?

**DR. FORD:** So the inspector does this by initially disassembling the Downloadable and we talked about going from source code to machine code. Machine code is just essentially numbers. The process of disassembly gives us more contacts on

1  those numbers, what commands are they, what instructions are

2  they.

3      MR. HAMSTRA:  So is disassembly going from machine

4  code to something more understandable to a human then?  Is that

5  what this disassembly is?

6      DR. FORD:  Yes.  It's more understandable.  It doesn't

7  go all the way back to source code but it does let you examine

8  it and see what it's going to do.

9      MR. HAMSTRA:  And at the disassembly, what would

10 happen next?

11     DR. FORD:  So we look at each step and if each step

12 corresponds to something that is suspicious, that command would

13 be added to the Downloadable Security Profile.  So by the time

14 we're through the step, the Downloadable Security Profile has a

15 list of things that appear to be suspicious or that might be

16 suspicious, commands and actions that might be suspicious

17 within that file.

18     MR. HAMSTRA:  What does the inspector then do with

19 that Downloadable Security Profile?

20     DR. FORD:  The inspector then attaches it to the

21 Downloadable or otherwise links it, and then once the step is

22 complete, it is deployed to the web server so this now

23 packaged-together Downloadable Internet, Downloadable Security

24 Profile, gets deployed to the web server where we're in a

25 position where it can be accessed or used by an end user on

1  that client computer.

2      **MR. HAMSTRA:** And then what can happen with that

3  Downloadable with attached DSP?

4      **DR. FORD:** So once a client computer requests the

5  Downloadable, the Downloadable is transmitted through the

6  network and ends up on the client computer.

7      Once the Downloadable and DSP ends up on the client

8  computer, the Downloadable Security Profile can be compared

9  against the local policy that their computer has.  So, for

10  example, my policy might say it's okay for you to do these

11  things but you can't do these other actions, and so without

12  running the Downloadable, I can decide by looking at the

13  Downloadable Security Profile if I wish to let this proceed or

14  not.

15      **MR. HAMSTRA:** Turning to the next slide, we discussed

16  some of the operation of the '844 Patent.  Could you, at a high

17  level, describe how the claims of the '844 or '494 or '926

18  Patents relate to this process we just discussed?

19      **DR. FORD:** Yes.  So each of these patents covers a

20  different part of the process.  So the '844 Patent is primarily

21  concerned with generating and linking this Downloadable

22  Security Profile before the Downloadable is made available on

23  the web server.

24      The '494 is generating the Downloadable Security Profile

25  and it's storing that profile in a database.

1    And finally, the '926, which takes the Downloadables --

2  Downloadable ID and looks that up in order to recover the

3  Downloadable Security Profile.

4         MR. HAMSTRA:  And what's a Downloadable ID?

5         DR. FORD:  So a Downloadable ID is described as a

6  hash.  And I think we've heard a little bit about hashes today.

7      A hash is just typically a small numeric representation of

8  a file, and if two files hash to the same hash value, typically

9  there is a high probability that they're actually the same

10 file.

11        MR. HAMSTRA:  What did Finjan describe as the

12 advantages of this system it disclosed in the '844 Patent?

13        DR. FORD:  So the purported advantage that Finjan

14 stated is that by creating these Downloadable Security

15 Profiles, you save the system the trouble or the work of

16 creating these on the end-user machine each time.  It can be

17 done -- it's done once and then you can examine the

18 Downloadable Security Profile rather than having to regenerate

19 it each time.

20        MR. HAMSTRA:  Now, turning to the next slide, as I'm

21 sure your Honor is aware, a number of asserted claims describe

22 a database.

23     First, Dr. Ford, where did this figure come from?

24        DR. FORD:  So this figure is taken from a book by

25 date.  It's called *An Introduction To Database Systems*, and I

1  actually pulled this copy off my bookshelf in my office.  It's

2  a pretty well-known database textbook.

3      **MR. HAMSTRA:**  And what does this figure show?

4      **DR. FORD:**  So the thing I like about this figure is it

5  draws a nice distinction between the Database Management

6  System, which is the software that goes about managing the

7  database, and the database itself.

8      So, for example, Mr. Hamstra may keep a number of

9  databases.  He may keep a database of expert witnesses.  He may

10  keep a database of clients.  And these are different databases

11  but can be hosted by the same Database Management System.

12      **MR. HAMSTRA:**  And what is required of a database to be

13  used by a Database Management System?

14      **DR. FORD:**  Primarily the Database Management System

15  just needs to know how the database is formatted.

16      **MR. HAMSTRA:**  Turn to the next slide.  This is a

17  figure that Finjan submitted with its Reply Brief and they use

18  a similar diagram in their Slide 23.

19      First of all, Dr. Ford, what does this show?

20      **DR. FORD:**  So this shows a very specific type of

21  database, and it's a type of database that we call a relational

22  database.

23      **MR. HAMSTRA:**  And what do the various boxes on this

24  figure represent?

25      **DR. FORD:**  So each box represents a different table in

a relational database, so a table, for example, typically has a

name and within a table, different columns of data.  So you can

see on the top left an author table and below that an order

table.

MR. HAMSTRA:  Can you just run through an example of

what, for instance, the author table at the top left would look

like.

DR. FORD:  Absolutely.  So that author table, as shown

here, contains four entries.  So each record within it is going

to have four entries, an author ID, an author name, a country

and a home setting.

MR. HAMSTRA:  Now, you mentioned that these are --

that this is a relational database.  Are there other types of

databases?

DR. FORD:  Yes.  There absolutely are.

MR. HAMSTRA:  Could you name a few for the Court.

DR. FORD:  Well, a database could be as simple as the

simple early databases like DBM, which are just their list of

key value pairs.  There were also network databases.  Now we

have NoSQL databases.  There is quite a lot of different types

of databases around.

MR. HAMSTRA:  Turn to the next slide.  We have a paper

entitled "cql - A Flat File Database Query Language."

First of all, Dr. Ford, what is a flat file database?

DR. FORD:  So I'll work backwards on that.

1    So first of all, what's a flat file?  A flat file is

2    typically just a simple file laid out line by line, the kind of

3    file that you would be very familiar with, and a flat database

4    is a database that's stored in such a flat file.

5    And the classic example of that is the UNIX password

6    database.  This is a little password database that pretty much

7    existed on every UNIX machine at the time.  It's an extremely

8    common file and it has a very specific structure.

9    **MR. HAMSTRA:**  And you mentioned a UNIX machine.  Can

10   you describe what a UNIX machine is?

11   **DR. FORD:**  Yes.  So a lot of -- of course, we

12   typically use, you know, a Windows machine or an Apple machine.

13   UNIX is just a different operating system and it's what a lot

14   of the servers and sort of research machines used to run.

15   **MR. HAMSTRA:**  Thank you.

16   Could you describe in a little more detail the last

17   call-out on this page and what that's showing?

18   **DR. FORD:**  Yes.  So the last call-out shows what a

19   populated line or entry in this password database might look

20   like.  So this is for a user name, Bozo, and I'm guessing the *T*

21   in the middle name stands for *the*.  And this is an example of

22   how the data could be stored in a flat file database.

23   **MR. HAMSTRA:**  And what characteristic of that entry

24   allow it to be used as a database?

25   **DR. FORD:**  So the characteristic are that it's stored

1    in a way that the UNIX system understands very well so it knows

2    immediately because of the presence of the delimiters which are

3    the colons that shows where one entry starts and another

4    begins; that this user name is Bozo, for example.  It's the

5    delimiter.  It's the structure.  It's the fact that it

6    conforms.

7         **MR. HAMSTRA:**  Turn to the next slide.  What we've done

8    here is we've taken a couple tables from that figure we had a

9    couple slides earlier and we've sort of mapped them into this

10   sort of flat file format.

11       Dr. Ford, could you just explain what is shown here.

12       **DR. FORD:**  Yes.  So what this essentially shows is

13   that you can take the data stored in the table and remap it

14   into a flat file database very easily, so in the first example,

15   we again have our author ID, our author name, our country and

16   our home city.

17       **THE COURT:**  What distinguishes a flat file database

18   from the simple list?  Is there any limit to the distinction

19   between a simple list and a database, even a Flat File

20   Database?

21       **DR. FORD:**  So that's actually a very subtle question,

22   your Honor.  These things are seldom clean where something

23   ceases to be something else.

24       A simple -- for example, if I had a collection of key

25   value pairs, I would absolutely consider that to be a database.

It's the fact that these have an internal structure rather than just, you know, a book that's written. A flat file database has a fairly well-defined structure within each line.

MR. HAMSTRA: Unless you have any further questions, we will move on to the next family.

THE COURT: All right.

MR. HAMSTRA: The next family we'll discuss is the '298 and '154 Patents. These are titled "System and Method for Inspecting Dynamically-Generated Executable Code."

First of all, could you, Dr. Ford, provide us with a fifty thousand-foot overview of the system described in what we'll call the Function Substitution Patents.

DR. FORD: So the system described in the Function Substitution Patents speaks to this problem of dynamically-generated code. So that is when we spoke about scripting languages, one of the things about scripting languages, because they are typically executed line by line, is it's possible to rewrite them as they go.

So in this case, it's possible to write HTML that when it gets to your machine, when it runs, it rewrites itself. The idea is that by substituting functions at the gateway, that rewriting process can be checked by a security computer before the rewrite -- before the rewrite is allowed to proceed to the client, and that would be one example.

MR. HAMSTRA: Turning to the next slide, you mentioned

dynamically-generated code.  Clearly the title of the patent also describes dynamically-generated code, as well as the summary of the invention states that the technology provides protection against dynamically-generated malicious code.

Turn to the next slide.  Dr. Ford, can you describe an example of how dynamically-generated code can differ from other code.

**DR. FORD:**  Yes.  So, in fact, not only that, but I will also speak about why it can be more dangerous and why it can cause some problems.

So in this example that you're looking at, we have two HTML documents, and they're both -- well, the first one contains a fictitious command that we're using for the purposes of illustration called *DeleteAll*, and we're going to say the DeleteAll command is bad.  I don't think I want to run anything on my machine with the words DeleteAll.  So in the top left, our document contains this DeleteAll command.

In the bottom of that column, we see again a familiar document.write function and document.write will take the content of its input and write it to the document.  So in this case, that document doesn't contain a DeleteAll command.  It contains the four letters *Dele* and *teAll*, which will be added together and written to the document.

**MR. HAMSTRA:**  All right.  Go ahead.  Turn to the next slide.

1    **DR. FORD:**  So as we continue onwards, we can now

2    imagine that we had a heuristic which says if you see the

3    DeleteAll command in a piece of HTML that you're downloading,

4    this is a bad thing to let through your machine.  So again

5    in the top row, we can search for DeleteAll and we find it.

6        The problem is in the bottom row if we search for the

7    command DeleteAll, it's not present at the document in this

8    point, and so we would let it through our machine.

9        So in the top, we block it because it's there.  In the

10   bottom, we let it through because it's not.  And as soon as the

11   browser processes this HTML, it's rewritten to contain the

12   DeleteAll command and yet again, a result that we don't want

13   for our computer.

14       **MR. HAMSTRA:**  Turn to the next slide.  As we can see

15   from the abstract of these patents, the abstract recites calls

16   to a function, recites that the call includes an input, talks

17   about replacing a call to a function with a call to another

18   function, and sending an input to a function to a security

19   computer.

20       Clearly functions and inputs are pretty important concepts

21   in the '289 and '154 patents.

22       Next slide.  I'm sorry.  This is right.

23       Dr. Ford, could you explain what a function, what an input

24   to a function is?

25       **DR. FORD:**  So when you're writing a computer program,

it's a very good way of organizing your code so if there's

something that you're going to do over and over and over again

in your program, it's a very smart idea to place it in a

function and then be able to call that.  So that code isn't

replicated in lots of places.

So in the example shown, we have a function called

OpenFile and of course that function is going to open a file

for us.  And we can send it an argument or an input.  So in the

first line, we see that we are asking OpenFile function to open

a file called outline.doc.  And so the OpenFile function would

do precisely that.

In the second example, we can see that we're opening a

different file.  We're calling the same function but with a

different input and that input is ArgumentOutline.doc.  So it

would open a different file for us.

And then finally, the third line shows a different

function, *multiply*, and primarily to highlight that, we can

have multiple inputs, so this takes two numbers, 3 and 5, and

tells us that the output is 15.  And the last point is, of

course, that functions also have outputs.  They have inputs,

which is what we're telling it to do, and an output may be

telling us more about what it did.

**MR. HAMSTRA:**  Turn to the next slide.  Here we see the

architecture described in the '289 Patent -- '289 and '154

Patents with the security computer.

1    Dr. Ford, can you describe how the security computer would

2  be used in operation as described by these patents?

3    **DR. FORD:**  So the security computer, as it's

4  described, is basically going to have the job of checking to

5  see if -- if input is safe or not.  So it's easiest if I

6  explain going all the way through starting off with dangerous

7  document on the web server.

8    So imagine we have our dangerous document on the web

9  server.  This is one where the attacker is being clever.  So

10  they haven't simply put DeleteAll in the document, but they've

11  wrapped that inside a document.write.  So if we search for the

12  command DeleteAll, it's not there.  The client goes out and

13  asks for that document.

14    **MR. HAMSTRA:**  Next slide.

15    **DR. FORD:**  That document makes its way through the

16  Internet and eventually reaches the gateway.  The gateway --

17  the function call is flagged, so the system takes note that

18  there is a document.write in this example and so replaces it.

19  It puts a substitute function there.  And that function in this

20  case we've just called it SendToSecurityComp.

21    **MR. HAMSTRA:**  Next slide, please.  Thank you.

22    **DR. FORD:**  This document then is rewritten by the

23  gateway and continues its journey on to the client.  Once the

24  document gets to the client, the client's web browser starts to

25  render that document and it finally gets to this command, which

1    says SendToSecurityComp and the inputs.

2            **MR. HAMSTRA:**  Next slide, please, Alex.

3            **DR. FORD:**  These inputs get sent to the security

4    computer.  The security computer decides, by examining these

5    inputs, that they're going to produce a DeleteAll command and

6    therefore determines in step 7 that this shouldn't be allowed

7    and sends an indicator back to the client that this content is

8    unsafe.

9            **MR. HAMSTRA:**  Thanks for that description, Dr. Ford.

10        What do these patents describe is the advantage of the

11   approach here?

12           **DR. FORD:**  So the advantage, as described in the

13   patents, is that by using a security computer, you're taking

14   some of the security-sensitive decisions away from the client

15   machine, which means that an attacker can't sit there and

16   examine how the solution has been implemented.  They're

17   concealed away from that point of threat.

18           **MR. HAMSTRA:**  Unless your Honor has any further

19   questions, we'll move on to the next patent.

20           **THE COURT:**  I don't.

21           **MR. HAMSTRA:**  The next patent we'll discuss is the

22   '996 Patent entitled "Embedding Management Data Within HTTP

23   Messages."

24        Could you turn to the next slide.

25        So this is intended to represent a conventional corporate

network as described in the '996 Patent, and we have some

familiar pieces, the client computer, the gateway, the

Internet, but we see a new component, the management server in

the bottom right.

Dr. Ford, what's a management server?

**DR. FORD:**  So in the context of this patent, a

management server is some kind of server that's doing extra

work for us or work for us, so it might be monitoring the

status of the network., it might be doing backups.  It might be

checking that these machines are well.

**MR. HAMSTRA:**  I see some orange and blue boxes on this

figure.  What do those boxes represent?

**DR. FORD:**  So the orange boxes represent traffic

that's being sent to and from the clients to the Internet, and

these are HTTP messages or messages associated with web

traffic.

**MR. HAMSTRA:**  And what are the blue boxes?

**DR. FORD:**  So the blue boxes are management traffic

that's being sent to and from the clients to the management

server itself.  And this is -- this describes non-HTTP

protocol.

**THE COURT:**  What protocol is used for that?

**DR. FORD:**  There are a number of different protocols.

Some of them proprietary.

**MR. HAMSTRA:**  And do you recall any examples given in

1  the '996 Patent of such proprietary protocol?

2      **DR. FORD:** Specifically listed in the '996 Patent, no,

3  but from my knowledge, things like SNMP would have been a very

4  common kind of protocol to use for management.

5      **MR. HAMSTRA:** And with all that background in mind,

6  Dr. Ford, could you describe how a client would communicate

7  with a web server on the Internet and with a management server

8  in this conventional sort of network?

9      **DR. FORD:** Yes.

10  So of course the Internet connection works just like we've

11  described.  Your browser is run, you connect to an Internet web

12  server and download content.  You maybe submit forms.  It works

13  exactly as we would expect it to work as you've heard several

14  times.

15  Similarly with a management server, the management server

16  may reach down to the clients.  The clients may send traffic

17  back up to the management server.  The differentiating point is

18  the gateway or the local routers send the traffic one way or

19  another, depending on where it's addressed to.

20      **MR. HAMSTRA:** The next slide is intended to depict the

21  system Finjan disclosed.  And there are several new pieces

22  here.  First of all, we see some things called embedders and

23  extractors on both the client and the gateway.  Can you

24  describe what those are?

25      **DR. FORD:** Yes.  So the embedder and the extractor are

1    basically described by Finjan as how these packets get put

2    together.  So, in other words, imagine we have a web message

3    and a management message.  The embedder embeds the management

4    message within the packets that are composing the web message.

5    You could think of it, if you like, as hitching an extra boxcar

6    onto the end of a train.

7       Similarly, the extractor takes this thing off at the

8    gateway.  So the embedder has put them together and the

9    extractor has split them back up again.

10       **THE COURT:**  In this slide, is there both an embedder

11    and an extractor in both the client computer and the gateway?

12       **DR. FORD:**  Yes, your Honor.

13       **MR. HAMSTRA:**  And we intended to depict that with sort

14    of the bi-directional arrows there.

15       Dr. Ford, you mentioned the process of embedding.  But we

16    see the orange and the blue boxes that we had before.  Then we

17    see this sort of orange with the blue box inside.  Can you

18    describe what those messages represent?

19       **DR. FORD:**  The boxes that are orange with the little

20    blue box simply are combined messages where you have the web

21    message and the management message traveling together in the

22    same packets.

23       **MR. HAMSTRA:**  And can you briefly describe how a

24    client would communicate with a web server on the Internet and

25    a management server in this system?

1    **DR. FORD:** So in this system, the web communication

2  operates essentially, from the client's perspective, in a very

3  similar manner.  It's just if there's management data to be

4  sent, it gets combined by the embedder as the traffic goes out.

5    Similarly, when there is management data to be sent, if

6  the management data has a web message to attach itself to, the

7  embedder would attach it and the message would be sent.

8    **MR. HAMSTRA:** And what happens to that web message

9  with embedded management data at the gateway?

10    **DR. FORD:** So assuming that this message is going

11  outbound, the extractor splits these two things apart and the

12  web message continues on to the web server whereas the

13  management message gets sent to the management server.

14    **MR. HAMSTRA:** And how do the gateway and the

15  management server communicate?  What sort of protocol do they

16  use here?

17    **DR. FORD:** As described, it's described as a non-HTTP

18  protocol.

19    **MR. HAMSTRA:** If you don't have anymore questions

20  about these patents, we will turn to the next one.

21    The last family we will discuss are the '299 and '182

22  patents titled "System and Method for Appending Security

23  Information to Search Engine Results."

24    Could you briefly run through the process by which a

25  conventional web searching process would go through?

1    **DR. FORD:**  So the way that we search the web hasn't

2    changed much from a client perspective in a long time.  So you

3    would type -- you would fire up your browser and open, say,

4    Google or Bing or whatever your search engine of choice is and

5    you would enter a search term.  Maybe you were going to search,

6    in this example, for a screensaver.

7        This is submitted to the web server.  In our example, this

8    is Google.  The Google web servers basically do the search for

9    us in their database of results, and they send the -- they send

10   a package back to our browser of our results which is the

11   familiar Google page where you have a list of descriptions and

12   links that you can click on.

13       **MR. HAMSTRA:**  Turn to the next slide.  What did Finjan

14   claim was the problem with conventional web searching?

15       **DR. FORD:**  So the problem is that even though in this

16   case, for example, we trust Google, we don't necessarily trust

17   the sites that Google may lead us to so some of those links may

18   point to content that is dangerous to us.

19       **MR. HAMSTRA:**  Now, Dr. Ford, can you describe an

20   approach Finjan disclosed in these patents to solving this

21   alleged problem?

22       **DR. FORD:**  Yes.  So the approach begins exactly as our

23   prior search did.  So we're searching for the term

24   *screensavers*, so so far everything is the same.  The client

25   computer sends that request to the web server, and the Google

1   web server does the same thing, except along with the results,

2   it adds a program that is going to be sent back to the client.

3       **THE COURT:**  What does that program do?  Is that just

4   the link functionality?

5       **DR. FORD:**  No, your Honor.  The purpose -- in fact,

6   this is shown in Step 3.  When the program gets back to the

7   client computer, this program will send these search results to

8   the content scanning computer for content scanning.

9       So the results come back to the client computer and then

10  the active program gives the web page an indication that it is

11  being checked for malicious content and sends the search

12  results on to the content scanning computer, as you can see in

13  Step 4.

14      **THE COURT:**  I see.  I guess what I'm getting at is the

15  embedded active program something that Google adds or is that

16  something that somehow Finjan's system adds?  What is the

17  embedded active program, I guess is the question?

18      **MR. HAMSTRA:**  I can answer part of that and I will

19  turn over the rest to Dr. Ford.

20      The embedded active program in the system, the process

21  we're discussing here, does come from the search engine.

22      As to what that program may be, Dr. Ford, can you answer

23  that question?

24      **DR. FORD:**  Yes.  So the search engine includes this

25  program, and it's the program that basically is responsible for

1   pushing these results out to the content scanning computer.

2           **THE COURT:**  I see.  Why does Google care that it

3   eventually will go to a content scanning computer?  What's the

4   purpose of that being added at this stage?

5           **DR. FORD:**  So the purpose would be that, one, this is

6   automated so the company can protect its search results.  And

7   secondly, of course, it's valuable to the search engine company

8   that, you know, the results are seen as safe.

9           **THE COURT:**  Okay.  So this is essentially a program

10  that Google can say will automatically send search results to

11  this content scanner computer for a safety check?

12          **DR. FORD:**  That's correct, your Honor.

13          **MR. HAMSTRA:**  I think we were at Step 4.  Let's

14  restart up there.

15          **DR. FORD:**  Yes.  So the active program at this point

16  has sent the search results to our content scanner.  The

17  content scanner in Step 5 carries out the process of a security

18  assessment on these results.  So it's going to look to see if

19  these are safe or not.

20      And then --

21          **MR. HAMSTRA:**  And I see some red letters on the client

22  computer there.  What's happening there?

23          **DR. FORD:**  So the red letters are some sort of

24  indication on the client computer that this result has not yet

25  been scanned or is in the process of being scanned.

1          And in Step 6, the results are dynamically updated with

2     the results of this content scan to show whether the results

3     are safe or whether an individual result is dangerous.

4          **MR. HAMSTRA:**  Thank you, Dr. Ford.

5     Your Honor, if you don't have any further questions,

6     that's all we have.

7          **THE COURT:**  Okay.  Thank you very much.

8          **DR. FORD:**  Thank you.

9          **THE COURT:**  All right.  So when is our claim

10    construction hearing?

11         **MR. HAMSTRA:**  June 29th.

12         **MR. HANNAH:**  The Monday after next.

13         **THE COURT:**  So unless there is anything else we should

14    discuss today, I will see you on the 29th.  Thank you for the

15    presentations.  It was helpful.

16

17              (Proceedings adjourned at 11:32 a.m.)

18              <u>CERTIFICATE OF REPORTER</u>

19         I certify that the foregoing is a correct transcript

20    from the record of proceedings in the above-entitled matter.

21

22    DATE:   Tuesday, June 23, 2015

23

24    *Pamela A. Batalo*

25    _____
      Pamela A. Batalo, CSR No. 3593, RMR, FCRR
      U.S. Court Reporter