UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| FINJAN, INC.,<br><br>      Plaintiff,<br><br>      vs.<br><br>SYMANTEC CORP.,<br><br>      Defendant. | CASE NO. 3:14-cv-02998-HSG (JSC)<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION FOR SYMANTEC TO AMEND INVALIDITY CONTENTIONS TO CORRECT CLERICAL ERROR** |

Having considered the parties' Joint Stipulation for Symantec to Amend Invalidity

Contentions to Correct a Clerical Error, the stipulation is hereby GRANTED.

IT IS SO ORDERED.


Dated: __August 7_____, 2015

_____
HON. JACQUELINE SCOTT CORLEY