UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| FINJAN, INC., <br><br> Plaintiff, <br><br> vs. <br><br> SYMANTEC CORP., <br><br> Defendant. | CASE NO. 3:14-cv-02998-HSG (JSC) <br><br> [~~PROPOSED~~] ORDER GRANTING STIPULATION TO CONTINUE THE SETTLEMENT CONFERENCE <br> **AS MODIFIED** |

Having considered the Parties' Stipulation to Continue the Settlement Conference, the Court hereby vacates the further Settlement Conference date of August 19, 2015. Counsel for the parties are directed to contact the court with a possible future date for the further settlement conference based on a good faith estimate of the amount of time needed to complete sufficient discovery. Counsel is ordered to contact Susan Imbriani at (510) 637-3525 with proposed dates, no later than August 21, 2015.

   IT IS SO ORDERED.

Dated:  ___8/11_____, 2015

_____
MAGISTRATE JUDGE KANDIS A. WESTMORE