UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| FINJAN, INC., <br><br> Plaintiff, <br><br> vs. <br><br> SYMANTEC CORP., <br><br> Defendant. | CASE NO. 3:14-cv-02998-HSG (JSC) <br><br> [PROPOSED] ORDER GRANTING STIPULATION TO SCHEDULE THE SETTLEMENT CONFERENCE |

Having considered the Parties' Stipulation to Schedule the Settlement Conference, the Court hereby sets the further Settlement Conference for 11:00 a.m. on February 8, 2016. The parties shall lodge updated settlement conference statements 10 days prior to the further Settlement Conference.

IT IS SO ORDERED.

Dated: September 1, 2015

_____
MAGISTRATE JUDGE KANDIS A. WESTMORE