PAUL ANDRE (State Bar No. 196585)
pandre@kramerlevin.com
LISA KOBIALKA (State Bar No. 191404)
lkobialka@kramerlevin.com
JAMES HANNAH (State Bar No. 237978)
jhannah@kramerlevin.com
HANNAH LEE (State Bar No. 253197)
hlee@kramerlevin.com
KRAMER LEVIN NAFTALIS
  & FRANKEL LLP
990 Marsh Road
Menlo Park, CA 94025
Telephone: (650) 752-1700
Facsimile: (650) 752-1800

Attorneys for Plaintiff
FINJAN, INC.

SEAN PAK (State Bar No. 219032)
seanpak@quinnemanuel.com
QUINN EMANUEL URQUHART
  & SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone: (415) 875 6600
Facsimile: (415) 875 6700

David A. Nelson (pro hac vice)
davenelson@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
500 West Madison Street, Suite 2450
Chicago, IL 60661
Telephone: (312) 705-7400
Facsimile: (312) 705-7401

Alexander Rudis (*pro hac vice*)
alexanderrudis@quinnemanuel.com
Kate Cassidy (pro hac vice)
katecassidy@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

*Attorneys for Defendant*
SYMANTEC CORP.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| FINJAN, INC.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SYMANTEC CORP.,<br><br>　　　　Defendant. | Case No.: 14-CV-02998-HSG (JSC)<br><br>**JOINT STATUS REPORT** |

---

JOINT STATUS REPORT　　　　　　　　　　　　　　　　　　　　　　Case No.: 14-CV-02998-HSG (JSC)

Pursuant to the Court's Order Granting Motion to Stay (Dkt. No. 117), Plaintiff Finjan, Inc. ("Finjan") and Defendant Symantec Corporation ("Symantec") jointly submit a status update regarding six decisions the Patent and Trademark Appeal Board ("PTAB") issued on January 14, 2016.  The PTAB denied institution of any *inter partes* review ("IPR") of the following five Finjan patents: U.S. Patent No. 8,015,182, U.S. Patent No. 8,141,154, U.S. Patent No. 7,757,289, U.S. Patent No. 7,930,299, and U.S. Patent No. 7,756,996.  *See* Exhibits 1-6.

No later than March 22, 2016, the parties anticipate that the PTAB will issue decisions on whether to institute any IPR of Finjan's three remaining asserted patents: U.S. Patent No. 8,677,494, U.S. Patent No. 6,154,844, and U.S. Patent No. 7,613,926.  Accordingly, the parties jointly request (1) permission to state their respective positions on a continued stay in a case management conference statement filed on March 29, 2016, after the PTAB issues its decisions on Symantec's three remaining Petitions, and (2) request the Court schedule a case management conference based on the Court's availability and convenience on April 5, 2016, or shortly thereafter.

Respectfully submitted,

DATED:  January 21, 2016        By: */s/ Hannah Lee*
　　　　　　　　　　　　　　　　　　Paul Andre (State Bar. No. 196585)
　　　　　　　　　　　　　　　　　　Lisa Kobialka (State Bar No. 191404)
　　　　　　　　　　　　　　　　　　James Hannah (State Bar No. 237978)
　　　　　　　　　　　　　　　　　　Hannah Lee (State Bar No. 253197)
　　　　　　　　　　　　　　　　　　KRAMER LEVIN NAFTALIS & FRANKEL LLP
　　　　　　　　　　　　　　　　　　990 Marsh Road
　　　　　　　　　　　　　　　　　　Menlo Park, CA  94025
　　　　　　　　　　　　　　　　　　Telephone: (650) 752-1700
　　　　　　　　　　　　　　　　　　Facsimile: (650) 752-1800
　　　　　　　　　　　　　　　　　　pandre@kramerlevin.com
　　　　　　　　　　　　　　　　　　lkobialka@kramerlevin.com
　　　　　　　　　　　　　　　　　　jhannah@kramerlevin.com
　　　　　　　　　　　　　　　　　　hlee@kramerlevin.com

　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff
　　　　　　　　　　　　　　　　　　FINJAN, INC.

|   |   |
|---|---|
| DATED: January 21, 2016 | Respectfully submitted,<br><br>By: */s/ Kate Cassidy*<br>Sean Pak (Bar No. 219032)<br>seanpak@quinnemanuel.com<br>QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>50 California Street, 22nd Floor<br>San Francisco, California  94111-4788<br>Telephone:      (415) 875-6600<br>Facsimile: (415) 875-6700<br><br>David A. Nelson (pro hac vice)<br>davenelson@quinnemanuel.com<br>QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>500 West Madison Street, Suite 2450<br>Chicago, IL 60661<br>Telephone: (312) 705-7400<br>Facsimile: (312) 705-7401<br><br>Alexander Rudis (pro hac vice)<br>alexanderrudis@quinnemanuel.com<br>Kate Cassidy (pro hac vice)<br>katecassidy@quinnemanuel.com<br>QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>51 Madison Avenue, 22nd Floor<br>New York, NY 10010<br>Telephone: (212) 849-7000<br>Facsimile: (212) 849-7100<br><br>Attorneys for Defendant<br>SYMANTEC CORPORATION |

In accordance with Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from any other signatory to this document.

By: */s/ Hannah Lee*
Hannah Lee (State Bar No. 253197)