PAUL ANDRE (State Bar No. 196585)
pandre@kramerlevin.com
LISA KOBIALKA (State Bar No. 191404)
lkobialka@kramerlevin.com
JAMES HANNAH (State Bar No. 237978)
jhannah@kramerlevin.com
KRAMER LEVIN NAFTALIS & FRANKEL LLP
990 Marsh Road
Menlo Park, CA 94025
Telephone: (650) 752-1700
Facsimile: (650) 752-1800

*Attorneys for Plaintiff*
FINJAN, INC.

SEAN PAK (Bar No. 219032)
seanpak@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

*Attorneys for Defendant*
Symantec Corporation

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

FINJAN, INC.,

Plaintiff,

v.

SYMANTEC CORP.,

Defendant.

Case No.: 3:14-CV-02998 HSG

**JOINT PROPOSED SCHEDULE**

Pursuant to the Court's March 30, 2016 Order granting the parties' request to file a joint schedule for the remainder of the case (Dkt. No. 125), the parties to the above-titled action, Plaintiff Finjan, Inc. ("Finjan" or "Plaintiff") and Defendant Symantec Corp. ("Symantec" or "Defendant"), jointly submit the following proposed schedule:

| Event | Finjan Proposed Deadline | Symantec Proposed Deadline |
|---|---|---|
| Close of fact discovery | May 15, 2017 | 120 days after the Court's claim construction order |
| Opening expert reports | June 14, 2017 | 28 days after the close of fact discovery |
| Rebuttal expert reports | July 14, 2017 | 28 days after opening expert reports |
| Close of expert discovery | August 14, 2017 | 28 days after rebuttal expert reports |
| Opening summary judgment briefs | September 4, 2017 | 21 days after the close of expert discovery |
| Responsive summary judgment briefs | September 18, 2017 | 14 days after opening summary judgment briefs |
| Reply summary judgment briefs | October 2, 2017 | 7 days after responsive summary judgment briefs |
| Summary judgment hearings | November 30, 2017 (subject to the convenience of the Court's calendar) | At least 35 days after opening summary judgment briefs (subject to the convenience of the Court's calendar) |
| Final Pretrial Conference | December 19, 2017 (subject to the convenience of the Court's calendar) | 60 days after the summary judgment hearing (subject to the convenience of the Court's calendar) |
| Trial | January 22, 2018 (subject to the convenience of the Court's calendar) | 28 days after the final pretrial conference (subject to the convenience of the Court's calendar) |

The parties agree that the following deadlines previously ordered by the Court remain in place (Dkt. Nos. 56, 63):

| Event | Deadline |
|---|---|
| Preliminary Election of Asserted Claims | No later than 21 days after Claim Construction Order |
| Preliminary Election of Asserted Prior Art | No later than 14 days after service of a Preliminary Election of Asserted Claims |

| Second Election of Asserted Claims | No later than 30 days before opening expert reports are due |
|---|---|
| Second Election of Asserted Prior Art | No later than 14 days after service of a Second Election of Asserted Claims |

Respectfully submitted,

DATED: April 15, 2016

By: */s/ James Hannah*

Paul Andre (State Bar. No. 196585)
Lisa Kobialka (State Bar No. 191404)
James Hannah (State Bar No. 237978)
KRAMER LEVIN NAFTALIS & FRANKEL LLP
990 Marsh Road
Menlo Park, CA 94025
Telephone: (650) 752-1700
Facsimile: (650) 752-1800
pandre@kramerlevin.com
lkobialka@kramerlevin.com
jhannah@kramerlevin.com

*Attorneys for Plaintiff*
FINJAN, INC.

DATED: April 15, 2016

By: */s/ Kate Cassidy*

Sean Pak (Bar No. 219032)
seanpak@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

David A. Nelson (*pro hac vice*)
davenelson@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
500 West Madison Street, Suite 2450
Chicago, IL 60661
Telephone: (312) 705-7400
Facsimile: (312) 705-7401

Alexander Rudis (*pro hac vice*)
alexanderrudis@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
51 Madison Avenue, 22nd Floor

New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100
*Attorneys for Defendant*
SYMANTEC INC.

In accordance with Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from any other signatory to this document.

By: */s/ James Hannah*
James Hannah (State Bar No. 237978)