UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| FINJAN, INC., | Case No. 14-cv-02998-HSG |
|---|---|
| Plaintiff, | |
| v. | **SCHEDULING ORDER; ORDER LIFTING THE STAY** |
| SYMANTEC CORP., | |
| Defendant. | |

In light of the parties' joint case management statement, Dkt. No. 124, indicating that the U.S. Patent Trial and Appeal Board denied institution of *inter partes* review on seven of Finjan's eight asserted patents, the Court lifts the stay set in Dkt. No. 117.  Additionally, the Court sets the following case deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Court's Deadline |
|---|---|
| Close of Fact Discovery | 120 days after the Court's claim construction order |
| Opening Expert Reports | 28 days after the close of fact discovery |
| Rebuttal Expert Reports | 28 days after opening expert reports |
| Close of Expert Discovery | 28 days after rebuttal expert reports |
| Opening Summary Judgment Briefs | 21 days after the close of expert discovery |
| Responsive Summary Judgment Briefs | 14 days after opening summary judgment briefs |
| Reply Summary Judgment Briefs | 7 days after response summary judgment briefs |
| Summary Judgment Hearings | At least 35 days after opening summary judgment briefs |
| Final Pretrial Conference | 90 days after the summary judgment hearing (subject to the convenience of the Court's calendar) |
| Trial | 28 days after the final pretrial conference (subject to the convenience of the Court's calendar) |

Pursuant to Dkt. No. 56, the following dates remain in place:

| Event | Deadline |
|---|---|
| Preliminary Election of Asserted Claims | No later than 21 days after Claim Construction Order |

| Preliminary Election of Asserted Prior Art | No later than 14 days after service of a Preliminary Election of Asserted Claims |
| Second Election of Asserted Claims | No later than 30 days before opening expert reports are due |
| Second Election of Asserted Prior Art | No later than 14 days after service of a Second Election of Asserted Claims |

These dates may only be altered by order of the Court and only upon a showing of good cause.

The parties are directed to review and comply with this Court's Civil Pretrial and Trial Standing Order.

**IT IS SO ORDERED.**

Dated: 8/1/2016

HAYWOOD S. GILLIAM, JR.
United States District Judge