PAUL J. ANDRE (State Bar No. 196585)
pandre@kramerlevin.com
LISA KOBIALKA (State Bar No. 191404)
lkobialka@kramerlevin.com
JAMES HANNAH (State Bar No. 237978)
jhannah@kramerlevin.com
HANNAH LEE (State Bar No. 253197)
hlee@kramerlevin.com
KRAMER LEVIN NAFTALIS
& FRANKEL LLP
990 Marsh Road
Menlo Park, CA 94025
Telephone: (650) 752-1700
Facsimile: (650) 752-1800

*Attorneys for Plaintiff*
FINJAN, INC.

QUINN EMANUEL URQUHART &
SULLIVAN, LLP
Sean Pak (Bar No. 219032)
seanpak@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

David A. Nelson (*pro hac vice*)
davenelson@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
500 West Madison Street, Suite 2450
Chicago, IL 60661
Telephone: (312) 705-7400
Facsimile: (312) 705-7401

Alexander Rudis (*pro hac vice*)
alexanderrudis@quinnemanuel.com
Kate Cassidy (*pro hac vice*)
katecassidy@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

*Attorneys for Symantec Corporation*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| FINJAN, INC.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SYMANTEC CORP.,<br><br>　　　　Defendant. | Case No.: 3:14-cv-02998-HDG (JSC)<br><br>**JOINT STIPULATION AND ORDER TO MODIFY THE BRIEFING SCHEDULE FOR SYMANTEC'S MOTION FOR ADDITIONAL CLAIM CONSTRUCTION** |

JOINT STIPULATION AND [PROPOSED] ORDER			Case No.: 3:14-cv-02998-HDG (JSC)
TO MODIFY BRIEFING SCHEDULE

Pursuant to Civil Local Rules 6-2 and Judge Gilliam's Standing Order, Plaintiff Finjan, Inc. ("Finjan") and Defendant Symantec Corporation ("Symantec") (collectively, the "Parties"), by and through their respective counsel, hereby stipulate to the following request to modify the briefing schedule with respect to Symantec's Motion for Additional Claim Construction (Dkt. No. 135) (the "Motion"):

WHEREAS, on September 6, 2016, Symantec filed its Motion, which identified a hearing date of November 3, 2016 (Dkt. No. 135);

WHEREAS, Finjan requested an extension of the September 20, 2016 deadline to file its brief in opposition to the Motion, as Finjan is currently on trial in the matter *Finjan, Inc. v. Sophos, Inc.*, Case No. 3:14-cv-01197-WHO.  The trial is currently scheduled to continue through September 21, 2016;

WHEREAS, following a meet and confer on September 9, 2016, the parties agreed to a two-week extension of Finjan's deadline to file its brief in opposition to the Motion;

WHEREAS, the Parties respectfully request a modified briefing schedule pursuant to which Finjan will file its opposition to Symantec's Motion on October 4, 2016, Symantec will file its reply brief on October 18, 2016, and for a hearing to be held on November 3, 2016 subject to the Court's availability;

WHEREAS, there are no previous modifications in the case related to the timing of filing briefs for this Motion; and

WHERAS, this requested time modification would not have an effect on the remaining schedule for the case.

**IT IS SO STIPULATED.**

1

|   |   |   |
|---|---|---|
|   |   | Respectfully submitted, |
| Dated: September 16, 2016 | By: | */s/ Lisa Kobialka* |

Paul Andre (State Bar. No. 196585)
Lisa Kobialka (State Bar No. 191404)
James Hannah (State Bar No. 237978)
Hannah Lee (State Bar No. 253197)
KRAMER LEVIN NAFTALIS & FRANKEL LLP
990 Marsh Road
Menlo Park, CA  94025
Telephone: (650) 752-1700
Facsimile: (650) 752-1800
pandre@kramerlevin.com
lkobialka@kramerlevin.com
jhannah@kramerlevin.com
hlee@kramerlevin.com

*Attorneys for Plaintiff*, FINJAN, INC.

Respectfully submitted,

Dated: September 16, 2016     By: */s/ Kate Cassidy (with permission)*

Sean Pak (Bar No. 219032)
seanpak@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, California  94111-4788
Telephone:(415) 875-6600
Facsimile:(415) 875-6700

David A. Nelson (*pro hac vice*)
davenelson@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
500 West Madison Street, Suite 2450
Chicago, IL 60661
Telephone: (312) 705-7400
Facsimile: (312) 705-7401

Alexander Rudis (*pro hac vice*)
alexanderrudis@quinnemanuel.com
Kate Cassidy (pro hac vice)
katecassidy@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

*Attorneys for Defendant*, SYMANTEC CORPORATION

2

JOINT STIPULATION AND [PROPOSED] ORDER            Case No.: 3:14-cv-02998-HDG (JSC)
TO MODIFY BRIEFING SCHEDULE

**ATTESTATION PURSUANT TO L.R. 5-1(I)**

In accordance with Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from any other signatory to this document.

*/s/ Lisa Kobialka*
Lisa Kobialka

# ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

There being a showing of good cause based on the parties' stipulation, the briefing schedule regarding Symantec's Motion for Additional Claim Construction is set forth below:

1) Finjan's opposition brief is due on October 4, 2016;

2) Symantec's reply brief is due on October 18, 2016; and

3) A hearing shall be held on November 3, 2016 at 2:00 p.m.

DATED: September 16, 2016

_____
The Honorable Haywood S. Gilliam, Jr.