PAUL ANDRE (State Bar No. 196585)
pandre@kramerlevin.com
LISA KOBIALKA (State Bar No. 191404)
lkobialka@kramerlevin.com
KRAMER LEVIN NAFTALIS &
FRANKEL LLP
990 Marsh Road
Menlo Park, CA 94025
Telephone: (650) 752-1700
Facsimile: (650) 752-1800
*Attorneys for Plaintiff*
FINJAN, INC.

Sean Pak (Bar No. 219032)
seanpak@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, California  94111-4788
Telephone:     (415) 875 6600
Facsimile:     (415) 875 6700

*Attorneys for Defendant*
Symantec Corporation

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| FINJAN, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>SYMANTEC CORP., a Delaware Corporation,<br><br>Defendant. | Case No.: 14-cv-02998-HSG (JSC)<br><br>**JOINT STIPULATION AND ORDER REGARDING BRIEFING SCHEDULE IN RELATION TO ADDITIONAL CLAIM CONSTRUCTION** |

JOINT STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE IN
RELATION TO ADDITIONAL CLAIM CONSTRUCTION            CASE NO. 14-cv-02998-HSG

Pursuant to the Court's order on November 4, 2016, Plaintiff Finjan, Inc. ("Finjan") and Defendant Symantec Corporation ("Symantec") jointly file this stipulation:

WHEREAS, the Court ordered additional briefing to address claim construction disputes raised in Symantec's Motion for Additional Claim Construction and ordered the parties to meet and confer with respect to an expedited briefing schedule. *See* Dkt 145.

In light of the foregoing, IT IS HEREBY AGREED AND STIPULATED by and between the parties, through their respective counsel, the following schedule:

| Event | Due Date |
|---|---|
| Patent Local Rule 4-2 Disclosures | November 11, 2016 |
| Patent Local Rule 4-3 Disclosures | November 18, 2016 |
| Finjan's Opening Claim Construction Brief (10 page limit) | November 29, 2016 |
| Symantec's Responsive Claim Construction Brief (12 page limit) | December 13, 2016 |
| Finjan's Reply Claim Construction Brief (5 page limit) | December 20, 2016 |
| *Markman* Hearing (if desired by the Court) | January 19, 2017 at 2:00 p.m. Or another time convenient for the Court. |

Respectfully submitted,

Dated:  November 14, 2016      By: */s/ Kristopher Kastens*
Paul Andre (State Bar. No. 196585)
Lisa Kobialka (State Bar No. 191404)
KRAMER LEVIN NAFTALIS & FRANKEL LLP
990 Marsh Road
Menlo Park, CA  94025
Telephone: (650) 752-1700
Facsimile: (650) 752-1800

1

JOINT STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE IN RELATION TO ADDITIONAL CLAIM CONSTRUCTION          CASE NO. 14-cv-02998-HSG

pandre@kramerlevin.com
lkobialka@kramerlevin.com

*Attorneys for Plaintiff*
FINJAN, INC.

Respectfully submitted,

Dated:  November 14, 2016                    By: */s/Alexander Rudis*

Sean Pak (Bar No. 219032)
seanpak@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, California  94111-4788
Telephone:         (415) 875-6600
Facsimile: (415) 875-6700

David A. Nelson (*pro hac vice*)
davenelson@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
500 West Madison Street, Suite 2450
Chicago, IL 60661
Telephone: (312) 705-7400
Facsimile: (312) 705-7401

Alexander Rudis (*pro hac vice*)
alexanderrudis@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

*Attorneys for Defendant*
SYMANTEC INC.

In accordance with Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from any other signatory to this document.

2

JOINT STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE IN
RELATION TO ADDITIONAL CLAIM CONSTRUCTION              CASE NO. 14-cv-02998-HSG

1  By: */s/ Brianne M. Straka*
   Brianne M. Straka

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

JOINT STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE IN
RELATION TO ADDITIONAL CLAIM CONSTRUCTION          CASE NO. 14-cv-02998-HSG

# ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

There being a showing of good cause based on the parties' stipulation, the briefing schedule for Additional Claim Construction as set forth in Dkt. 145 is set forth below:

| Event | Due Date |
| --- | --- |
| Patent Local Rule 4-2 Disclosures | November 11, 2016 |
| Patent Local Rule 4-3 Disclosures | November 18, 2016 |
| Finjan's Opening Claim Construction Brief (10 page limit) | November 29, 2016 |
| Symantec's Responsive Claim Construction Brief (12 page limit) | December 13, 2016 |
| Finjan's Reply Claim Construction Brief (5 page limit) | December 20, 2016 |

DATED:  November 14, 2016

*[signature]*
The Honorable Haywood S. Gilliam, Jr.

JOINT STIPULATION AND [~~PROPOSED~~] ORDER REGARDING BRIEFING SCHEDULE IN
RELATION TO ADDITIONAL CLAIM CONSTRUCTION            CASE NO. 14-cv-02998-HSG