Reset Form

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Finjan, Inc.  )
  ) Case No: 3:14-cv-02998
  )
    Plaintiff(s),  )
  ) **APPLICATION FOR**
  v.  ) **ADMISSION OF ATTORNEY**
  ) **PRO HAC VICE**
Symantec Corp.  ) (CIVIL LOCAL RULE 11-3)
  )
    Defendant(s).  )

I, Stephen A. Swedlow, an active member in good standing of the bar of Illinois, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Symantec Corporation in the above-entitled action. My local co-counsel in this case is Sean Pak (CA Bar No. 219032), an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Quinn Emanuel Urquhart & Sullivan LLP<br>500 W. Madison St., Ste 2450, Chicago, IL | Quinn Emanuel Urquhart & Sullivan LLP<br>50 California St., 22nd Flr, San Francisco, CA |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (312) 705-7400 | (415) 875-6600 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| stephenswedlow@quinnemanuel.com | seanpak@quinnemanuel.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 6234550 (IL).

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 12/09/16                                                                     Stephen A. Swedlow
                                                                                                APPLICANT

**ORDER GRANTING APPLICATION**
**FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of Stephen A. Swedlow is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 12/13/2016

                                                                            *Haywood S. Gilliam Jr.*
                                                    UNITED STATES DISTRICT ~~/ MAGISTRATE~~ JUDGE

# Certificate of Admission
# To the Bar of Illinois

I, Carolyn Taft Grosboll, Clerk of the Supreme Court of Illinois, do hereby certify that

Stephen Andrew Swedlow

has been duly licensed and admitted to practice as an Attorney and Counselor of Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on October 15, 1996 and is in good standing, so far as the records of this office disclose.

In Witness Whereof, I have hereunto placed my hand and affixed the seal of said Supreme Court, at Springfield, in said State, this Wednesday, August 3, 2016.

*Carolyn Taft Grosboll*

Clerk,
Supreme Court of the State of Illinois