UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FINJAN, INC.,

    Plaintiff,

v.

SYMANTEC CORP.,

    Defendant.

Case No. 14-cv-02998-HSG

**ORDER SETTING SCHEDULE**

In light of the prior scheduling order, Dkt. No. 127, and the proposed schedule attached to the parties' joint status report, Dkt. No. 183, App. A, the Court **SETS** the following deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Litigation Event | Date |
| --- | --- |
| Finjan's Preliminary Election of Asserted Claims | March 3, 2017 |
| Symantec's Preliminary Election of Asserted Prior Art | March 17, 2017 |
| Close of Fact Discovery | June 9, 2017 |
| Finjan's Second Election of Asserted Claims | June 12, 2017 |
| Symantec's Second Election of Asserted Prior Art | June 26, 2017 |
| Opening Expert Reports | July 7, 2017 |
| Rebuttal Expert Reports | August 4, 2017 |
| Close of Expert Discovery | September 1, 2017 |
| Opening Summary Judgment Briefs | September 22, 2017 |
| Responsive Summary Judgment Briefs | October 6, 2017 |
| Reply Summary Judgment Briefs | October 13, 2017 |
| Summary Judgment Hearings | November 16, 2017 at 2:00 p.m. |
| Final Pretrial Conference | February 27, 2018, at 3:00 p.m. |
| Jury Trial (10 days) | April 9, 2018, at 8:30 a.m. |

**IT IS SO ORDERED.**

Dated: 3/14/2017

HAYWOOD S. GILLIAM, JR.
United States District Judge