PAUL J. ANDRE (State Bar No. 196585)
pandre@kramerlevin.com
LISA KOBIALKA (State Bar No. 191404)
lkobialka@kramerlevin.com
JAMES HANNAH (State Bar No. 237978)
jhannah@kramerlevin.com
HANNAH LEE (State Bar No. 253197)
hlee@kramerlevin.com
KRAMER LEVIN NAFTALIS
& FRANKEL LLP
990 Marsh Road
Menlo Park, CA 94025
Telephone: (650) 752-1700
Facsimile: (650) 752-1800

*Attorneys for Plaintiff*
FINJAN, INC.

QUINN EMANUEL URQUHART &
SULLIVAN, LLP
Sean Pak (Bar No. 219032)
seanpak@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

David A. Nelson (*pro hac vice*)
davenelson@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
500 West Madison Street, Suite 2450
Chicago, IL 60661
Telephone: (312) 705-7400
Facsimile: (312) 705-7401

Alexander Rudis (*pro hac vice*)
alexanderrudis@quinnemanuel.com
Kate Cassidy (*pro hac vice*)
katecassidy@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

*Attorneys for Symantec Corporation*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| FINJAN, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>SYMANTEC CORP.,<br><br>Defendant. | Case No.: 4:14-cv-02998-HSG (JSC)<br><br>**JOINT STIPULATION AND ORDER TO EXTEND FACT DISCOVERY** |

JOINT STIPULATION AND [PROPOSED] ORDER    Case No.: 4:14-cv-02998-HSG (JSC)
TO EXTEND FACT DISCOVERY

Pursuant to Civil Local Rules 6-2 and Judge Gilliam's Standing Order, Plaintiff Finjan, Inc. ("Finjan") and Defendant Symantec Corporation ("Symantec") (collectively, the "Parties"), by and through their respective counsel, hereby stipulate to the following request to extend the fact and expert discovery deadlines:

WHEREAS, on May 22, 2017, the parties met and conferred about the deposition schedule;

WHEREAS, given witness availability for both sides, many depositions have been scheduled in the last two weeks of fact discovery. In particular, Finjan's 30(b)(6) witness – one witness for all of Symantec's deposition topics – is not available until the currently scheduled last day of discovery;

WHEREAS, following the May 22 meet and confer, the parties agreed to extend the following deadlines:

|  | Current Schedule | Stipulated Extension |
| --- | --- | --- |
| Close of Fact Discovery | June 9, 2017 | June 23, 2017 |
| Finjan's Second Election of Asserted Claims | June 12, 2017 | June 26, 2017 |
| Symantec's Second Election of Asserted Prior Art | June 26, 2017 | July 10, 2017 |
| Opening Expert Reports | July 7, 2017 | July 21, 2017 |
| Rebuttal Expert Reports | August 4, 2017 | August 18, 2017 |
| Close of Expert Discovery | September 1, 2017 | September 8, 2017 |

WHEREAS, the Parties respectfully ask the Court to modify the schedule as set forth above;

WHEREAS, there are no previous modifications in the case related to these deadlines; and

WHEREAS, this requested extension would not affect the remaining dates in the schedule or any events on the Court's calendar for this case.

**IT IS SO STIPULATED.**

1

Respectfully submitted,

Dated:  May 30, 2017          By: */s/*  _____
                                   Paul Andre (State Bar. No. 196585)
                                   Lisa Kobialka (State Bar No. 191404)
                                   James Hannah (State Bar No. 237978)
                                   Hannah Lee (State Bar No. 253197)
                                   KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                   990 Marsh Road
                                   Menlo Park, CA  94025
                                   Telephone: (650) 752-1700
                                   Facsimile: (650) 752-1800
                                   pandre@kramerlevin.com
                                   lkobialka@kramerlevin.com
                                   jhannah@kramerlevin.com
                                   hlee@kramerlevin.com

                                   *Attorneys for Plaintiff*
                                   FINJAN, INC.

Respectfully submitted,

Dated:  May 30, 2017          By: */s/*  _____
                                   Sean Pak (Bar No. 219032)
                                   seanpak@quinnemanuel.com
                                   QUINN EMANUEL URQUHART &
                                   SULLIVAN, LLP
                                   50 California Street, 22nd Floor
                                   San Francisco, California  94111-4788
                                   Telephone:(415) 875-6600
                                   Facsimile:(415) 875-6700

                                   David A. Nelson (*pro hac vice*)
                                   davenelson@quinnemanuel.com
                                   QUINN EMANUEL URQUHART &
                                   SULLIVAN, LLP
                                   500 West Madison Street, Suite 2450
                                   Chicago, IL 60661
                                   Telephone: (312) 705-7400
                                   Facsimile: (312) 705-7401

                                   *Attorneys for Defendant*
                                   SYMANTEC CORPORATION

1

## **ATTESTATION PURSUANT TO L.R. 5-1(I)**

In accordance with Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from any other signatory to this document.

*/s/*
Kate E. Cassidy

# ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

For good cause shown, the schedule for this case is modified as follows:

|  | New Deadlines |
|---|---|
| Close of Fact Discovery | June 23, 2017 |
| Finjan's Second Election of Asserted Claims | June 26, 2017 |
| Symantec's Second Election of Asserted Prior Art | July 10, 2017 |
| Opening Expert Reports | July 21, 2017 |
| Rebuttal Expert Reports | August 18, 2017 |
| Close of Expert Discovery | September 8, 2017 |

All other dates in the schedule set forth in the March 14, 2017 order (Dkt 184) remain unchanged.

DATED: May 30, 2017

*Haywood S. Gilliam Jr.*
The Honorable Haywood S. Gilliam, Jr.