UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FINJAN, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>SYMANTEC CORP.,<br><br>    Defendant. | Case No. 14-cv-02998-HSG (JSC)<br><br>**ORDER PERMITTING THE DEPOSITIONS OF FEAMSTER AND HADDOX**<br><br>Re: Dkt. Nos. 194, 196 |

This case concerns alleged infringement of Plaintiff Finjan Inc.'s patents by Defendant Symantec Corporation. Now pending before the court is the parties' joint statement regarding discovery dispute no. 1: whether two witnesses, Nick Feamster and Phillip Alex Haddox, should be stricken from Symantec's initial disclosures.

On May 26, 2017, the parties agreed to extend the fact discovery deadline. On June 8, 2017, Defendant served their disclosures listing witnesses Feamster and Haddox and potential deposition dates for each. The new cut-off for fact discovery was two weeks later, June 23, 2017. While the disclosure is belated, Plaintiff has not shown any prejudice in light of Defendant's agreement to reschedule the depositions. Plaintiff's argument that fact discovery was extended only to "allow the completion of depositions of previously identified witnesses" is not clear from the parties' emails. Further, on May 26, 2017, the same day Plaintiff agreed to extend fact discovery, Plaintiff served a subpoena to Ask.com for documents and testimony.

Accordingly, Plaintiff's request to strike the two witnesses is DENIED. Fact discovery is extended to July 28, 2017 solely to permit the depositions of Feamster and Haddox. Plaintiff's time taking these depositions will not count toward its cumulative deposition limit given that the late disclosure impeded Plaintiff's ability to budget its deposition time.

**IT IS SO ORDERED.**

Dated: June 23, 2017

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge