UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FINJAN, INC.,

        Plaintiff,

    v.

SYMANTEC CORP.,

        Defendant.

Case No. 14-cv-02998-HSG (JSC)

**ORDER COMPELLING RESPONSES TO SYMANTEC'S SUBPOENAS**

Re: Dkt. No. 195

This case concerns alleged infringement of Plaintiff Finjan Inc.'s patents by Defendant Symantec Corporation. Now pending before the court is the parties' joint statement regarding discovery dispute no. 2: whether the Court should quash Symantec's subpoenas to non-parties Scott Robinson and CybeRisk. (Dkt. No. 195.)

Symantec served a notice of subpoena on Scot Robinson, who is not employed by Plaintiff Finjan, but by Finjan Mobile Inc., a wholly-owned subsidiary of Finjan Holdings, Inc. (Dkt. No. 195-2.) Symantec also served a notice of subpoena on CybeRisk, a wholly owned subsidiary of Finjan that provides cyber risk and cyber security advisory services. (Dkt. No. 195-3.) Finjan argues the subpoenas are unnecessary, unduly burdensome, and duplicative of information provided by other Finjan witnesses.

A subpoena must be modified or quashed when a timely motion is filed and the subpoena does not allow reasonable time to comply, requires a non-party or a party's officer to travel more than 100 miles, requires disclosure of privileged or other protected matter, or subjects a person to undue burden. Fed. R. Civ. P. 45(c)(3)(A). Finjan argues the subpoenas are unduly burdensome because they are duplicative of the information Finjan has already provided through the deposition of Finjan's 30(b)(6) witness on what it believes are the same topics. Finjan's

1    30(b)(6) witness is Mr. Phillip Hartstein, Finjan's President and CEO, who testified to the

2    company's corporate structure and business activities.

3         Symantex's 30(b)(6) deposition notice included the following examination topic: "[t]he

4    business and commercial activities of Finjan, including without limitation any research,

5    development, manufacturing, licensing, and sales activities by Finjan relating to the Finjan

6    Patents, and any revenues and profits associated with any commercial embodiments of the Finjan

7    Patents." (Dkt. No. 195-4 at 4:13-17.) At Mr. Hartstein's deposition, Finjan's counsel

8    represented that Mr. Hartstein was not designated to talk about the mobile app. (Dkt. No. 195-5 at

9    5:17-21.) Mr. Hartstein himself testified that he was not designated to talk about the app or its

10   finances. (Dkt. No. 195-5 at 2:15-3:24.) There is also no evidence before the Court that Mr.

11   Hartstein provided testimony about CybeRisk. Because Mr. Hartstein did not have much

12   information about the Finjan mobile app or CybeRisk, the subpoenas of Mr. Robinson and

13   CybeRisk are not duplicative or burdensome.

**CONCLUSION**

15        For the reasons stated above, the Court GRANTS Symantec's request to compel Mr.

16   Robinson and CybeRisk to respond to Symantec's subpoenas.

17

18        **IT IS SO ORDERED.**

19   Dated: June 30, 2017

20

21

22   JACQUELINE SCOTT CORLEY
     United States Magistrate Judge

23

24

25

26

27

28

                                                2