PAUL ANDRE (State Bar No. 196585)
pandre@kramerlevin.com
LISA KOBIALKA (State Bar No. 191404)
lkobialka@kramerlevin.com
KRAMER LEVIN NAFTALIS & FRANKEL LLP
990 Marsh Road
Menlo Park, CA 94025
Telephone: (650) 752-1700
Facsimile: (650) 752-1800

*Attorneys for Plaintiff*
FINJAN, INC.

Sean Pak (Bar No. 219032)
seanpak@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone:   (415) 875 6600
Facsimile:    (415) 875 6700

*Attorneys for Defendant*
Symantec Corporation

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| FINJAN, INC., a Delaware Corporation,<br><br>        Plaintiff,<br><br>   v.<br><br>SYMANTEC CORP., a Delaware Corporation,<br><br>        Defendant. | Case No.: 14-cv-02998-HSG (JSC)<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND EXPERT REPORTS** |

Pursuant to Civil Local Rules 6-2 and Judge Gilliam's Standing Order, Plaintiff Finjan, Inc. ("Finjan") and Defendant Symantec Corporation ("Symantec") (collectively, the "Parties"), by and through their respective counsel, hereby stipulate to the following request to extend the expert discovery deadlines:

WHEREAS, on July 27, 2017 Symantec contacted Finjan to explain that Symantec's counsel's office was relocating and the move had unforeseeably impacted Symantec's ability to complete its opening reports by the July 28, 2017 deadline;

WHEREAS, Symantec proposed and Finjan agreed to extend the deadline for opening reports by one business day, with a contemporaneous extension for rebuttal reports;

WHEREAS, the parties agreed to extend the following deadlines:

In light of the foregoing, IT IS HEREBY AGREED AND STIPULATED by and between the parties, through their respective counsel, the following schedule:

|  | **Current date** | **New date** |
|---|---|---|
| Opening reports | July 28, 2017 | July 31, 2017 |
| Rebuttal reports | August 25, 2017 | August 28, 2017 |

WHEREAS, the Parties respectfully ask the Court to modify the schedule as set forth above

WHEREAS, this is the third time these deadlines have been extended in this case; and

WHEREAS, the requested extension would not affect the remaining dates in the schedule or any events on the Court's calendar for this case.

**IT IS SO STIPULATED**

Respectfully submitted,

Dated: July 28, 2017

By: */s/ Kristopher Kastens*
Paul Andre (State Bar. No. 196585)
Lisa Kobialka (State Bar No. 191404)
KRAMER LEVIN NAFTALIS & FRANKEL LLP
990 Marsh Road
Menlo Park, CA 94025
Telephone: (650) 752-1700

1

| | |
|---|---|
| | Facsimile: (650) 752-1800<br>pandre@kramerlevin.com<br>lkobialka@kramerlevin.com |
| | *Attorneys for Plaintiff*<br>FINJAN, INC. |
| | Respectfully submitted, |
| Dated: July 28, 2017 | By: */s/Alexander Rudis*<br>Sean Pak (Bar No. 219032)<br>seanpak@quinnemanuel.com<br>QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>50 California Street, 22nd Floor<br>San Francisco, California 94111-4788<br>Telephone: (415) 875-6600<br>Facsimile:(415) 875-6700 |
| | David A. Nelson (*pro hac vice*)<br>davenelson@quinnemanuel.com<br>QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>500 West Madison Street, Suite 2450<br>Chicago, IL 60661<br>Telephone: (312) 705-7400<br>Facsimile: (312) 705-7401 |
| | Alexander Rudis (*pro hac vice*)<br>alexanderrudis@quinnemanuel.com<br>QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>51 Madison Avenue, 22nd Floor<br>New York, NY 10010<br>Telephone: (212) 849-7000<br>Facsimile: (212) 849-7100 |
| | *Attorneys for Defendant*<br>SYMANTEC INC. |

In accordance with Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from any other signatory to this document.

By: */s/ Kate E. Cassidy*
Kate E. Cassidy

---

JOINT STIPULATION AND [PROPOSED] ORDER REGARDING EXPERT REPORTS
CASE NO. 14-cv-02998-HSG

# [PROPOSED] ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

For good cause shown, the schedule for this case is modified as follows:

|  | **New Deadlines** |
|---|---|
| Opening reports | July 31, 2017 |
| Rebuttal reports | August 28, 2017 |

DATED: 7/31/2017

*Haywood S. Gilliam Jr.*
The Honorable Haywood S. Gilliam, Jr.