PAUL ANDRE (State Bar No. 196585)
pandre@kramerlevin.com
LISA KOBIALKA (State Bar No. 191404)
lkobialka@kramerlevin.com
KRIS KASTENS (State Bar No. 254797)
kkastens@kramerlevin.com
KRAMER LEVIN NAFTALIS &
FRANKEL LLP
990 Marsh Road
Menlo Park, CA 94025
Telephone: (650) 752-1700
Facsimile: (650) 752-1800
*Attorneys for Plaintiff*
FINJAN, INC.

Sean Pak (Bar No. 219032)
seanpak@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone:    (415) 875 6600
Facsimile:    (415) 875 6700

*Attorneys for Defendant*
Symantec Corporation

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| FINJAN, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>SYMANTEC CORP., a Delaware Corporation,<br><br>Defendant. | Case No.: 14-cv-02998-HSG (JSC)<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND REBUTTAL EXPERT REPORTS** |

Pursuant to Civil Local Rules 6-2 and Judge Gilliam's Standing Order, Plaintiff Finjan, Inc. ("Finjan") and Defendant Symantec Corporation ("Symantec") (collectively, the "Parties"), by and through their respective counsel, hereby stipulate to the following request to extend the expert discovery deadlines:

WHEREAS, on August 25, 2017 Symantec contacted Finjan to request a 3-day courtesy extension for rebuttal expert reports;

WHEREAS, Symantec proposed and Finjan agreed to extend the deadline for rebuttal reports by three business days;

In light of the foregoing, IT IS HEREBY AGREED AND STIPULATED by and between the parties, through their respective counsel, the following schedule:

|  | **Current date** | **New date** |
|---|---|---|
| Rebuttal expert reports | August 28, 2017 | August 31, 2017 |

WHEREAS, the Parties respectfully ask the Court to modify the schedule as set forth above

WHEREAS, this is the fourth time these deadlines have been extended in this case; and

WHEREAS, the requested extension would not affect the remaining dates in the schedule or any events on the Court's calendar for this case.

**IT IS SO STIPULATED**

Respectfully submitted,

Dated: August 25, 2017

By: */s/ Kristopher Kastens*
Paul Andre (State Bar. No. 196585)
Lisa Kobialka (State Bar No. 191404)
Kristopher Kastens (State Bar No. 254797)
KRAMER LEVIN NAFTALIS & FRANKEL LLP
990 Marsh Road
Menlo Park, CA 94025
Telephone: (650) 752-1700
Facsimile: (650) 752-1800
pandre@kramerlevin.com
lkobialka@kramerlevin.com

1

kkastens@kramerlevin.com

*Attorneys for Plaintiff*
FINJAN, INC.

Respectfully submitted,

Dated: August 25, 2017         By: */s/Alexander Rudis*
                                   Sean Pak (Bar No. 219032)
                                   seanpak@quinnemanuel.com
                                   QUINN EMANUEL URQUHART &
                                   SULLIVAN, LLP
                                   50 California Street, 22nd Floor
                                   San Francisco, California 94111-4788
                                   Telephone:    (415) 875-6600
                                   Facsimile: (415) 875-6700

                                   David A. Nelson (*pro hac vice*)
                                   davenelson@quinnemanuel.com
                                   QUINN EMANUEL URQUHART &
                                   SULLIVAN, LLP
                                   500 West Madison Street, Suite 2450
                                   Chicago, IL 60661
                                   Telephone: (312) 705-7400
                                   Facsimile: (312) 705-7401

                                   Alexander Rudis (*pro hac vice*)
                                   alexanderrudis@quinnemanuel.com
                                   QUINN EMANUEL URQUHART &
                                   SULLIVAN, LLP
                                   51 Madison Avenue, 22nd Floor
                                   New York, NY 10010
                                   Telephone: (212) 849-7000
                                   Facsimile: (212) 849-7100

                                   *Attorneys for Defendant*
                                   SYMANTEC INC.

In accordance with Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from any other signatory to this document.

By: */s/ Kate E. Cassidy*
    Kate E. Cassidy

# [~~PROPOSED~~] ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

For good cause shown, the deadline for rebuttal expert reports is extended to August 31, 2017

DATED: August 28, 2017

*[signature]*
The Honorable Haywood S. Gilliam, Jr.