PAUL ANDRE (State Bar No. 196585)
pandre@kramerlevin.com
LISA KOBIALKA (State Bar No. 191404)
lkobialka@kramerlevin.com
JAMES HANNAH (State Bar No. 237978)
jhannah@kramerlevin.com
KRISTOPHER KASTENS (State Bar No. 254797)
kkastens@kramerlevin.com
KRAMER LEVIN NAFTALIS
& FRANKEL LLP
990 Marsh Road
Menlo Park, CA  94025
Telephone:  (650) 752-1700
Facsimile:   (650) 752-1800

*Attorneys for Plaintiff*
FINJAN, INC.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| FINJAN, INC., <br><br> Plaintiff, <br><br> v. <br><br> SYMANTEC CORP., <br><br> Defendant. | Case No.:  14-cv-02998-HSG <br><br> **JOINT STIPULATION AND ORDER TO EXTEND DEADLINES** |

Pursuant to Civil Local Rules 6-2 and Judge Gilliam's Standing Order, Plaintiff Finjan, Inc. ("Finjan") and Defendant Symantec Corporation ("Symantec") (collectively, the "Parties"), by and through their respective counsel, hereby stipulate to the following request to extend the expert discovery and summary judgment deadlines:

WHEREAS, Finjan and Symantec agreed to a 14-day extension to expert discovery to allow for the deposition of Finjan's expert who is traveling outside the U.S. during the currently scheduled expert discovery period;

WHEREAS, Finjan and Symantec agreed to a 10-day extension to summary judgment briefing to account for scheduling experts for deposition;

In light of the foregoing, IT IS HEREBY AGREED AND STIPULATED by and between the parties, through their respective counsel, the following schedule:

|  | **Current Date** | **New Date** |
|---|---|---|
| Close of expert discovery | September 15, 2017 | September 29, 2017 |
| Opening summary judgment briefs | September 22, 2017 | October 2, 2017 |
| Responsive summary judgment briefs | October 6, 2017 | October 16, 2017 |
| Reply summary judgment briefs | October 13, 2017 | October 23, 2017 |

WHEREAS, the Parties respectfully ask the Court to modify the schedule as set forth above

WHEREAS, this is the fifth time these deadlines have been extended in this case; and

WHEREAS, the requested extension would not affect the remaining dates in the schedule or any events on the Court's calendar for this case and the requested date for opening summary judgment briefs is more than 35-days before the summary judgment hearing on November 16, 2017.

1

JOINT STIPULATION AND ORDER  Case No.: 14-cv-02998-HSG
TO EXTEND DEADLINES

| | | |
|---|---|---|
| 1 | **IT IS SO STIPULATED** | |
| 2 | | Respectfully submitted, |
| 3 | | |
| 4 | DATED: September 14, 2017 | By: */s/ Kristopher Kastens* |
| | | Paul J. Andre (State Bar. No. 196585) |
| 5 | | Lisa Kobialka (State Bar No. 191404) |
| | | James Hannah (State Bar No. 237978) |
| 6 | | Kristopher Kastens (State Bar No. 254797) |
| | | KRAMER LEVIN NAFTALIS & FRANKEL LLP |
| 7 | | 990 Marsh Road |
| | | Menlo Park, CA 94025 |
| 8 | | Telephone: (650) 752-1700 |
| | | Facsimile: (650) 752-1800 |
| 9 | | pandre@kramerlevin.com |
| 10 | | lkobialka@kramerlevin.com |
| | | jhannah@kramerlevin.com |
| 11 | | kkastens@kramerlevin.com |
| 12 | | |
| | | *Attorneys for Plaintiff* |
| 13 | | FINJAN, INC. |
| 14 | | |
| 15 | | Respectfully submitted, |
| 16 | | |
| | DATED: September 14, 2017 | By: */s/ Alexander Rudis* |
| 17 | | Sean Pak (Bar No. 219032) |
| | | seanpak@quinnemanuel.com |
| 18 | | QUINN EMANUEL URQUHART & |
| | | SULLIVAN, LLP |
| 19 | | 50 California Street, 22nd Floor |
| 20 | | San Francisco, California 94111-4788 |
| | | Telephone: (415) 875-6600 |
| 21 | | Facsimile: (415) 875-6700 |
| 22 | | |
| | | David A. Nelson (pro hac vice) |
| 23 | | davenelson@quinnemanuel.com |
| | | QUINN EMANUEL URQUHART & |
| 24 | | SULLIVAN, LLP |
| | | 191 N. Wacker Drive, Suite 2700 |
| 25 | | Chicago, IL 60606 |
| | | Telephone: (312) 705-7400 |
| 26 | | Facsimile: (312) 705-7401 |
| 27 | | |
| 28 | | |

Alexander Rudis (pro hac vice)
alexanderrudis@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

*Attorneys for Defendant*
SYMANTEC INC.

## **ATTESTATION**

In accordance with Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from any other signatory to this document.

By: ___/s/_Kristopher Kastens_____
Kristopher Kastens

## **ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

For good cause shown, the deadlines for the close of expert discovery and summary judgment are reset as follows:

|  | **Current Date** | **New Date** |
|---|---|---|
| Close of expert discovery | September 15, 2017 | September 29, 2017 |
| Opening summary judgment briefs | September 22, 2017 | October 2, 2017 |
| Responsive summary judgment briefs | October 6, 2017 | October 16, 2017 |

| Reply summary judgment briefs | October 13, 2017 | October 23, 2017 |

Dated: September 14, 2017

*Haywood S. Gilliam Jr.*
The Honorable Haywood S. Gilliam, Jr.
United States District Court Judge