UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| FINJAN, INC., | Case No. 14-cv-02998-HSG |
| Plaintiff, | **REVISED SCHEDULING ORDER** |
| v. | Re: Dkt. No. 290 |
| SYMANTEC CORP., | |
| Defendant, | |
| and | |
| IAC SEARCH AND MEDIA, INC., | |
| Intervener-Defendant. | |

Having reviewed Dkt. No. 290, the Court sets the following schedule agreed to by the parties.

| Event | Date |
| --- | --- |
| Finjan and Symantec to serve IAC with copies of their respective document productions, responses to interrogatories and RFAs; expert reports and accompanying exhibits, and transcripts and exhibits of fact and expert depositions taken | 10/6/2017 |
| IAC serves rebuttal expert reports | 12/8/2017 |
| Close of IAC expert discovery | 12/22/2017 |
| Opening Summary Judgment Briefs | 1/11/2018 |

| Responsive Summary Judgment Briefs | 2/1/2018 |
|---|---|
| Summary Judgment Hearing | 2/15/2018 at 2 p.m. |
| Final Pretrial Conference | 6/5/2018 at 3 p.m. |
| Trial | 7/9/2018 at 8:30 a.m. |

The Court DENIES both of Finjan's proposals regarding the form and length of defendants' summary judgment motions. Each party may file one summary judgment motion that conforms to this district's local rules.

**IT IS SO ORDERED.**

Dated: 10/10/2017

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge

2