UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FINJAN, INC., <br>     Plaintiff, <br> v. <br> SYMANTEC CORP., <br>     Defendant, <br> and <br> IAC SEARCH AND MEDIA, INC., <br>     Intervener-Defendant. | Case No. 14-cv-02998-HSG <br><br> **CORRECTED SCHEDULING ORDER** <br><br> Re: Dkt. No. 291 |

The Court revises its prior scheduling order, Dkt. No. 291, as follows to correct a typographical error. That order otherwise remains in force.

| **Event** | **Date** |
|---|---|
| Finjan and Symantec to serve IAC with copies of their respective document productions, responses to interrogatories and RFAs; expert reports and accompanying exhibits, and transcripts and exhibits of fact and expert depositions taken | 10/6/2017 |
| IAC serves rebuttal expert reports | 12/8/2017 |
| Close of IAC expert discovery | 12/22/2017 |
| Opening Summary Judgment Briefs | 1/11/2018 |

| | |
|---|---|
| Responsive Summary Judgment Briefs | 1/25/2018 |
| Reply Summary Judgment Briefs | 2/1/2018 |
| Summary Judgment Hearing | 2/15/2018 at 2 p.m. |
| Final Pretrial Conference | 6/5/2018 at 3 p.m. |
| Trial | 7/9/2018 at 8:30 a.m. |

**IT IS SO ORDERED.**

Dated: 1/8/2018

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge