PAUL ANDRE (State Bar No. 196585)
pandre@kramerlevin.com
LISA KOBIALKA (State Bar No. 191404)
lkobialka@kramerlevin.com
KRAMER LEVIN NAFTALIS & FRANKEL LLP
990 Marsh Road
Menlo Park, CA 94025
Telephone: (650) 752-1700
Facsimile: (650) 752-1800
*Attorneys for Plaintiff*
FINJAN, INC.

David A. Nelson (*pro hac vice*)
davenelson@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
Telephone: (312) 705-7400
Facsimile: (312) 705-7401

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| FINJAN, INC., | CASE NO. 4:14-cv-02998-HSG |
| Plaintiff, | **JOINT STATEMENT TO STAY CASE** |
| vs. | |
| SYMANTEC CORP., | |
| Defendant, | |
| and | |
| IAC SEARCH AND MEDIA, INC., | |
| Intervenor-Defendant. | |

Pursuant to the November 14, 2017 Standing Order For Civil Cases Before District Judge Haywood S. Gilliam, Jr., Finjan, Inc., ("Finjan") and Symantec Corp. ("Symantec") submit this joint statement asking the Court for a 30-day stay to extend all deadlines in the case, including any requests for relief from Magistrate Judge Corley's Order re Finjan's Motion to Strike Symantec Expert Reports (Dkt. No. 352) and Order re Symantec's Motion to Strike Finjan's Expert Reports (Dkt. No. 353).

On Friday, February 9, 2018, Finjan and Symantec signed a term sheet agreeing to key terms of settlement for the various disputes that currently exist between those two parties, including for all the claims at issue in this litigation.  Symantec and Finjan are now working on finalizing the settlement agreement and any other paperwork necessary to resolve this litigation.

Finjan and Symantec wanted to notify the Court of this development in this case and to request a 30-day stay to all deadlines in the case so that Finjan and Symantec may focus on finalizing their settlement agreement.

For the foregoing reasons, the Finjan and Symantec respectfully ask the Court to stay the case and extend all deadlines in the case for 30-days.

Respectfully submitted on February 13, 2018 by:

By: */s/ Paul Andre*
Paul Andre (State Bar. No. 196585)
Lisa Kobialka (State Bar No. 191404)
KRAMER LEVIN NAFTALIS & FRANKEL LLP
990 Marsh Road
Menlo Park, CA  94025
Telephone: (650) 752-1700
Facsimile: (650) 752-1800
pandre@kramerlevin.com
lkobialka@kramerlevin.com

*Attorneys for Plaintiff*
FINJAN, INC.

1

1
2     QUINN EMANUEL URQUHART &
      SULLIVAN, LLP
3
4
      By   */s/ David A. Nelson*
5         David A. Nelson (*pro hac vice*)
          davenelson@quinnemanuel.com
6         191 North Wacker Drive, Suite 2700 |
          Chicago, IL 60606
7         Telephone: (312) 705-7400
          Facsimile: (312) 705-7401
8
9
10
11    In accordance with Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this

12 document has been obtained from any other signatory to this document.

13                          By: */s/ Paul Andre*
                                 Paul Andre
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
                                              2

JOINT STATEMENT TO STAY CASE                    Case No. 14-cv-02998-HSG-JSC

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**[PROPOSED] ORDER**

For good cause shown, the Court stays all deadlines in the case for 30-days.

DATED: _____                    _____
                                            District Judge Haywood S. Gilliam, Jr.