| | |
|---|---|
| PAUL J. ANDRE (State Bar No. 196585)<br>pandre@kramerlevin.com<br>LISA KOBIALKA (State Bar No. 191404)<br>lkobialka@kramerlevin.com<br>JAMES HANNAH (State Bar No. 237978)<br>jhannah@kramerlevin.com<br>KRAMER LEVIN NAFTALIS<br>  & FRANKEL LLP<br>990 Marsh Road<br>Menlo Park, CA 94025<br>Telephone: (650) 752-1700<br>Facsimile: (650) 752-1800<br><br>*Attorneys for Plaintiff*<br>FINJAN, INC. | SEAN PAK (State Bar No. 219032)<br>seanpak@quinnemanuel.com<br>ANDREW M. HOLMES (State Bar No. 260475)<br>drewholmes@quinnemanuel.com<br>QUINN EMANUEL URQUHART & SULLIVAN LLP<br>50 California Street, 22nd Floor<br>San Francisco, CA 94111-4788<br>Telephone: (415) 875-6600<br>Facsimile: (415) 875-6700<br><br>*Attorneys for Defendant*<br>SYMANTEC CORP<br><br>TERESA C. CHOW (State Bar No. 237694)<br>tchow@bakerlaw.com<br>JIHEE AHN (State Bar No. 292659)<br>jahn@bakerlaw.com<br>BAKER & HOSTETLER LLP<br>11601 Wilshire Blvd., Ste. 1400<br>Los Angeles, CA 90025-0609<br>Telephone: (310) 820-8800<br>Facsimile: (310) 820-8859<br><br>*Attorneys for Intervenor-Defendant*<br>IAC SEARCH & MEDIA, INC. |

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| FINJAN, INC., a Delaware Corporation,<br><br>        Plaintiff,<br><br>    v.<br><br>SMANTEC CORP.,<br><br>        Defendant.<br><br>   and<br><br>IAC SEARCH & MEDIA, INC.<br><br>        Intervenor-Defendant. | Case No.: 4:14-cv-02998-HSG (JSC)<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE      1      CASE NO. 4:14-cv-02998-HSG (JSC)

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Finjan, Inc. and Defendant Symantec Corporation and Intervenor-Defendant IAC Search & Media, Inc., by and through their respective undersigned counsel, that pursuant to a confidential settlement agreement, all claims in the above-captioned action may be dismissed with prejudice according to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each party to bear its own costs, expenses and attorneys' fees. For clarity, the dismissal with prejudice of Plaintiff Finjan Inc.'s claims against the Safe Search service applies to both Defendant Symantec Corporation and Intervenor-Defendant IAC Search & Media Inc.

Respectfully submitted,

Dated: March 2, 2018

By: */s/ Paul J. Andre*

Paul J. Andre (SBN 196585)
Lisa Kobialka (SBN 191404)
James Hannah (SBN 237978)
  KRAMER LEVIN NAFTALIS
  & FRANKEL LLP
990 Marsh Road
Menlo Park, CA 94025
Telephone: (650) 752-1700
Facsimile: (650) 752-1800
pandre@kramerlevin.com
lkobialka@kramerlevin.com
jhannah@kramerlevin.com

*Attorneys for Plaintiff*
FINJAN, INC.

1

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

CASE NO. 4:14-cv-02998-HSG (JSC)

Respectfully submitted,

Dated: March 2, 2018　　　　　　　　　By: */s/ Kate E. Cassidy*

　　　　　　　　　　　　　　　　　　　Sean Pak (SBN 219032)
　　　　　　　　　　　　　　　　　　　seanpak@quinnemanuel.com
　　　　　　　　　　　　　　　　　　　Iman Lordgooei (SBN 251320)
　　　　　　　　　　　　　　　　　　　imanlordgooei@quinnemanuel.com
　　　　　　　　　　　　　　　　　　　Andrew M. Holmes (SBN 260475)
　　　　　　　　　　　　　　　　　　　drewholmes@quinnemanuel.com
　　　　　　　　　　　　　　　　　　　QUINN EMANUEL URQUHART
　　　　　　　　　　　　　　　　　　　& SULLIVAN LLP
　　　　　　　　　　　　　　　　　　　50 California Street
　　　　　　　　　　　　　　　　　　　San Francisco, CA 94111-4788
　　　　　　　　　　　　　　　　　　　Telephone: (415) 875-6600
　　　　　　　　　　　　　　　　　　　Facsimile: (415) 875-6700

　　　　　　　　　　　　　　　　　　　David A. Nelson (*pro hac vice*)
　　　　　　　　　　　　　　　　　　　Brianne Straka (*pro hac vice*)
　　　　　　　　　　　　　　　　　　　Nathaniel A. Hamstra (*pro hac vice*)
　　　　　　　　　　　　　　　　　　　Stephen A. Swedlow (*pro hac vice*)
　　　　　　　　　　　　　　　　　　　QUINN EMANUEL URQUHART
　　　　　　　　　　　　　　　　　　　& SULLIVAN LLP
　　　　　　　　　　　　　　　　　　　500 W. Madison Street, Ste. 2450
　　　　　　　　　　　　　　　　　　　Chicago, IL 60661
　　　　　　　　　　　　　　　　　　　davenelson@quinnemanuel.com
　　　　　　　　　　　　　　　　　　　briannestraka@quinnemanuel.com
　　　　　　　　　　　　　　　　　　　nathanhamstra@quinnemanuel.com
　　　　　　　　　　　　　　　　　　　stephenswedlow@quinnemanuel.com

　　　　　　　　　　　　　　　　　　　Alexander Rudis (*pro hac vice*)
　　　　　　　　　　　　　　　　　　　Kate E. Cassidy (*pro hac vice*)
　　　　　　　　　　　　　　　　　　　Richard Erwine (*pro hac vice*)
　　　　　　　　　　　　　　　　　　　QUINN EMANUEL URQUHART
　　　　　　　　　　　　　　　　　　　& SULLIVAN LLP
　　　　　　　　　　　　　　　　　　　51 Madison Avenue, 22nd Floor
　　　　　　　　　　　　　　　　　　　New York, NY 10010
　　　　　　　　　　　　　　　　　　　alexanderrudis@quinnemanuel.com
　　　　　　　　　　　　　　　　　　　katecassidy@quinnemanuel.com
　　　　　　　　　　　　　　　　　　　richarderwine@quinnemanuel.com

　　　　　　　　　　　　　　　　　　　Jared W. Newton (*pro hac vice*)
　　　　　　　　　　　　　　　　　　　QUINN EMANUEL URQUHART
　　　　　　　　　　　　　　　　　　　& SULLIVAN LLP
　　　　　　　　　　　　　　　　　　　1299 Pennsylvania Ave. NW, Ste. 825
　　　　　　　　　　　　　　　　　　　Washington, DC 20004
　　　　　　　　　　　　　　　　　　　jarednewton@quinnemanuel.com

　　　　　　　　　　　　　　　　　　　*Attorneys for Defendant*
　　　　　　　　　　　　　　　　　　　SYMANTEC CORPORATION

| | Respectfully submitted, |
|---|---|
| Dated: March 2, 2018 | By: */s/ T. Cy Walker* |

Teresa C. Chow (SBN 237694)
tchow@bakerlaw.com
Jihee Ahn (SBN 292659)
jahn@bakerlaw.com
BAKER & HOSTETLER LLP
11601 Wilshire Blvd., Ste. 1400
Los Angeles, CA 90025-0609
Telephone: (310) 820-8800
Facsimile: (310) 820-8859

T. Cy Walker (*pro hac vice*)
Robert L. Hails (*pro hac vice*)
BAKER & HOSTETLER LLP
Washington Square, Suite 1100
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5403
Telephone: 202.861.1500
Facsimile: 202.861.1783
Email: cwalker@bakerlaw.com
        rhails@bakerlaw.com

Kevin P. Flynn (*pro hac vice*)
BAKER & HOSTETLER LLP
312 Walnut Street, Suite 3200
Cincinnati, OH 45202-4074
Telephone: 513.852.2627
Facsimile: 513.929.0303
Email: kflynn@bakerlaw.com

*Attorneys for Intervenor-Defendant*
IAC SEARCH & MEDIA, INC.

## **ATTESTATION PURSUANT TO CIVIL L.R. 5-1(i)**

In accordance with Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from any other signatory to this document.

                                                                  */s/ Paul Andre*
                                                                    Paul Andre

**IT IS SO ORDERED.**

DATED: March 5, 2018

_____
The Honorable Haywood S. Gilliam, Jr.
United States District Judge